**Page 1**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO

RECORDED 911 CALL OF MARLENA DANIELS
[Re: Estate of Danny White v. City]
[210940614 CT 13 1314 TO 1411]

April 4, 2021
1:14 p.m.

This RECORDED 911 CALL was:

TAKEN BY: ALBUQUERQUE POLICE DEPARTMENT

TRANSCRIBED BY: KENDRA TELLEZ, RMR-CRR-CCR
Kendra Tellez Court Reporting, Inc.
302 Silver Avenue, Southeast
Albuquerque, New Mexico 87102

DEFENDANT'S EXHIBIT A1

**Page 2**

911 OPERATOR: 911 Emergency.
MARLENA DANIELS: He's out of control in there. He's going to hurt them.
911 OPERATOR: Hello?
MARLENA DANIELS: Hi. Is this the police?
911 OPERATOR: Yes.
MARLENA DANIELS: I have an emergency.
911 OPERATOR: Okay. What's the address?
MARLENA DANIELS: I have my -- it's --
Dad, what's this --
3112 Ronda De Lechusas.
911 OPERATOR: Okay. 3112 Ronda De Lechusas, Northwest.
MARLENA DANIELS: Yes.
911 OPERATOR: What's going on there?
MARLENA DANIELS: So I have my brother here, my older brother. He has Huntington's disease, and he's just having a really -- a -- an outburst. And he just beat me dad up, and he's in the house. And I have my grandma and my mom in there, and I'm just -- he's going to end up hurting

**Page 3**

somebody.
911 OPERATOR: And he hit your dad?
MARLENA DANIELS: He did.
911 OPERATOR: Is it because of something that he did? Or what is he diagnosed with?
MARLENA DANIELS: Huntington's disease. It's just part of the disease, and he has these outbursts, but --
911 OPERATOR: Is (inaudible) --
MARLENA DANIELS: -- he's a very strong guy.
UNIDENTIFIED MALE: Tell them the Crisis Unit (inaudible).
911 OPERATOR: Parkinson's disease?
MARLENA DANIELS: The Crisis Unit. I'm sorry?
911 OPERATOR: So he has Parkinson's disease?
MARLENA DANIELS: No, he has Huntington --
911 OPERATOR: Oh.
MARLENA DANIELS: -- Huntington's. It's a mental thing. And he's a big guy, and, I mean, he -- someone just needs to come out --

**Page 4**

911 OPERATOR: Okay.
MARLENA DANIELS: -- because he's going to hurt somebody.
911 OPERATOR: Okay. I'm going to definitely get some help out to you. Is he on any medication for Huntington's disease?
MARLENA DANIELS: He's on all kinds of medications.
911 OPERATOR: Did he take them today?
MARLENA DANIELS: I'm positive. My mom takes care of him full time, and she handles all of his medications.
911 OPERATOR: Okay. So your grandma and -- so the mom and your dad are both in there? Is it just the four of you guys?
MARLENA DANIELS: So I have my -- right now I have my grandma and my mom and my uncle trying to hold him down, but he's a big, big guy. And he just beat my dad up. And I just got my dad outside away, but now he's in the house.
911 OPERATOR: Okay.
MARLENA DANIELS: (Inaudible) the police comes, he's going crazy in the house.
911 OPERATOR: I have help on the

**5**

1  house. Does he have any weapons?
2         MARLENA DANIELS: No.
3         911 OPERATOR: Okay.
4         MARLENA DANIELS: But he's going to
5  hurt -- he's going to hurt somebody in the house.
6         911 OPERATOR: Okay. Has this ever
7  happened before?
8         MARLENA DANIELS: Yes. Yes, it has.
9  Yes.
10        911 OPERATOR: Has he been violent
11 with police before?
12        MARLENA DANIELS: They've been here
13 before.
14     Dad, has he ever been violent with the
15 police?
16        MANUEL MORALEZ, SR.: No.
17        MARLENA DANIELS: No.
18        911 OPERATOR: Okay.
19        MARLENA DANIELS: Just the family.
20        911 OPERATOR: Do you know why he was
21 upset today?
22        MARLENA DANIELS: Last time he --
23 last time they were here was because my brother
24 tried to commit suicide. So they're -- they're
25 familiar with this (inaudible).

**6**

1         911 OPERATOR: Okay. Has he had any
2  drugs or alcohol today?
3         MARLENA DANIELS: No. Just his
4  medication.
5         911 OPERATOR: And -- and is anybody
6  injured, needing a paramedic?
7         MARLENA DANIELS: Dad, are you okay?
8  Do you need them to send a paramedic?
9         MANUEL MORALEZ, SR.: No, I'm fine.
10        MARLENA DANIELS: No, he's fine.
11        911 OPERATOR: Okay.
12        MARLENA DANIELS: He says he's fine.
13        911 OPERATOR: Does your brother have
14 access to a vehicle?
15        MARLENA DANIELS: No. He can't
16 drive.
17        911 OPERATOR: Okay. And what's your
18 brother's name?
19        MARLENA DANIELS: Danny White.
20        911 OPERATOR: Okay. And his date of
21 birth?
22        MARLENA DANIELS: ▇▇▇▇▇▇
23 '70- -- '72.
24        911 OPERATOR: Okay.
25        MARLENA DANIELS: What's -- what's

**7**

1  his year of birth? '72?
2         MANUEL MORALEZ, SR.: '77.
3         MARLENA DANIELS: '77. I'm sorry.
4  '77.
5         911 OPERATOR: Okay. And what race
6  is he?
7         MARLENA DANIELS: White.
8         911 OPERATOR: Approximate height and
9  weight?
10        MARLENA DANIELS: Oh, gosh. I --
11 well, I know he's 250, because he just told me that.
12 And his height, I think he's like 5'9" or 5'10".
13        911 OPERATOR: Okay. What color
14 hair?
15        MARLENA DANIELS: He doesn't have
16 any. He --
17        911 OPERATOR: Oh.
18        MARLENA DANIELS: -- buzzes it off.
19        911 OPERATOR: And what color shirt
20 or jacket is he wearing?
21        MARLENA DANIELS: I think he's
22 wearing a -- he's in shorts and a T-shirt --
23        911 OPERATOR: What color shirt?
24        MARLENA DANIELS: -- today. Oh, God,
25 I don't even know. I don't -- like gray or blue or

**8**

1  something like that. I don't know. I'm outside.
2  He's inside right now.
3         911 OPERATOR: Okay. Does he have
4  any scars? Marks? Tattoos? Anything that would
5  stand out?
6         MARLENA DANIELS: Hmm. Not that I --
7  not that I know of. I don't know.
8         911 OPERATOR: Okay. So why was he
9  upset today? Why did he start hitting your father,
10 do you know?
11        MARLENA DANIELS: They were
12 sitting -- oh, you know what, they were just,
13 honestly, sitting at the table, having a
14 conversation about the air conditioner.
15        911 OPERATOR: Okay.
16        MARLENA DANIELS: He wanted it on,
17 and my dad said -- I don't know. It was just --
18 honestly, just an innocent conversation with the
19 whole family about the air conditioning, cause it's
20 getting hot outside. And he just got -- I don't
21 know. I don't know if it was because my dad said he
22 wasn't going to turn the -- the refrigerated air on
23 just yet, and he just -- he just got up and just
24 started punching my dad.
25        911 OPERATOR: Okay. And does he

9

1  have access to any weapons? Are there any weapons
2  in the house at all?
3         MARLENA DANIELS: No. And
4  everything's pretty -- like knives and everything's
5  pretty locked down because of the history he has.
6         911 OPERATOR: Okay. Can I get your
7  name?
8         MARLENA DANIELS: My name is Marlena
9  Daniels.
10        911 OPERATOR: Marlin Daniels?
11        MARLENA DANIELS: Marlena.
12        911 OPERATOR: Okay.
13        MARLENA DANIELS: Daniels.
14        911 OPERATOR: And a good callback
15 number in case we get disconnected?
16        MARLENA DANIELS:
17        911 OPERATOR: Okay. I'm going to go
18 ahead and keep you on the line until the officers
19 get there. Okay?
20        MARLENA DANIELS: Okay.
21        911 OPERATOR: Just let me know if
22 anything changes.
23        MARLENA DANIELS: Okay. I'm just --
24 I'm outside.
25        911 OPERATOR: Okay. If you hear

10

1  like yelling or if you can hear banging, anything
2  like that, let me know. Okay?
3         MARLENA DANIELS: Yeah. I -- he's
4  screaming right now. He's in the house screaming
5  right now at my mom and my grandma. (Inaudible).
6         911 OPERATOR: Okay. We're getting
7  officers out as soon as we can. Okay? Is anybody
8  at your house feeling sick or ill in reference
9  COVID?
10        MARLENA DANIELS: No.
11        911 OPERATOR: Okay.
12        MARLENA DANIELS: No.
13    I don't know where he's going. Maybe he
14 wanted to see . . .
15        (Inaudible background conversations.)
16        MARLENA DANIELS: Call you?
17        UNIDENTIFIED MALE: I'm good, but I
18 was just right behind him.
19        MARLENA DANIELS: I wanted you guys
20 to get out of the way. He's a big guy. He can hurt
21 you. He can hurt you guys. He hurt grandpa. He's
22 going to -- just you guys stay out here. I don't
23 want you -- I just don't want you guys around him
24 right now.
25        911 OPERATOR: Yeah. If we could,

11

1  stay away from him and not engage with him so nobody
2  gets hurt. Okay?
3         MARLENA DANIELS: Yes. That's why
4  I -- I made my dad go outside, because for some
5  reason he targeted my dad and -- I don't know.
6         911 OPERATOR: Okay.
7         MARLENA DANIELS: My dad and my boys
8  are outside. But my grandma and my mom are inside,
9  and that makes me kind of nervous.
10        911 OPERATOR: Are they not willing
11 to separate from him?
12        MARLENA DANIELS: Well, he kind of --
13 he's -- him and Santi just took a drive.
14        911 OPERATOR: So they left?
15        MARLENA DANIELS: They're going to
16 come. They're coming. I'm staying on the phone.
17        DEBBIE MORALEZ: He's refusing to go,
18 though. (Inaudible).
19        MARLENA DANIELS: I know, Mom, but,
20 Mom -- Mom --
21        DEBBIE MORALEZ: I know he has to go,
22 but I'm worried about (inaudible).
23        MARLENA DANIELS: That's okay.
24        911 OPERATOR: Was the hit
25 intentional or was it because of his Huntington's

12

1  disease?
2         MARLENA DANIELS: (Inaudible).
3     Well, it was -- he does have Huntington's,
4  but, I mean, he has -- he has outbursts.
5         DEBBIE MORALEZ: They should have it
6  on file.
7         MARLENA DANIELS: They do.
8         911 OPERATOR: Okay.
9         MARLENA DANIELS: She's just
10 wondering if it was --
11        DEBBIE MORALEZ: It's been happening
12 a lot.
13        MARLENA DANIELS: It's -- it's part
14 of the disease. So he does have them quite
15 frequently. And my mom says that he's been having
16 them a lot, so --
17        ==DEBBIE MORALEZ: He saw the doctors,==
18 ==and they just changed his medicine, but it hasn't==
19 ==kicked in.==
20        ==MARLENA DANIELS: Oh, she said that==
21 ==they just saw the doctor, and they switched his==
22 ==medicines, but it hasn't been long enough to kick==
23 ==in.==
24        911 OPERATOR: Okay.
25        MARLENA DANIELS: You okay?

**13**

1    DEBBIE MORALEZ: Yeah.
2    UNIDENTIFIED MALE: (Inaudible).
3    MARLENA DANIELS: No. No.
4    UNIDENTIFIED MALE: (Inaudible).
5    MARLENA DANIELS: I told my dad, I
6 said, "You know what, it's -- it is -- it's time."
7 They can't -- I told -- you know what, (inaudible),
8 I told -- I told my dad if he wants to go, I said,
9 "What happens when he starts hitting on you and
10 mom?" And here we go.
11    UNIDENTIFIED MALE: He's already
12 gotten (inaudible).
13    MARLENA DANIELS: Here we go. And
14 he's a very big, strong guy.
15    UNIDENTIFIED MALE: (Inaudible).
16    911 OPERATOR: Does he live there at
17 that house?
18    MARLENA DANIELS: I know.
19    UNIDENTIFIED MALE: (Inaudible).
20    MARLENA DANIELS: Does what?
21    911 OPERATOR: Does he live there at
22 the house with your parents?
23    MARLENA DANIELS: He does. So my mom
24 and my dad take care of my brother. And my -- my
25 sister also has Huntington's disease. So they take

**14**

1 care of them around the clock.
2    911 OPERATOR: Okay.
3    MARLENA DANIELS: They live here with
4 my parents.
5    UNIDENTIFIED MALE: (Inaudible).
6    MARLENA DANIELS: But it's -- it's
7 just a scary disease. You know, it just . . .
8    911 OPERATOR: Is your sister's well
9 managed or does she tend to have outbursts as well?
10    MARLENA DANIELS: She used to. She
11 has had some outbursts, and both of them have tried
12 to commit suicide. And, I mean, it's just a very --
13 but my sister hasn't in quite a while. So I don't
14 know if maybe they have her meds under -- you know,
15 her meds seem to be helping her.
16    911 OPERATOR: Okay. Is your sister
17 there now?
18    MARLENA DANIELS: Yes.
19    911 OPERATOR: Okay.
20    UNIDENTIFIED MALE: (Inaudible)?
21    MARLENA DANIELS: I'm on the phone
22 with them waiting. I'm just waiting for them to
23 come.
24    UNIDENTIFIED MALE: (Inaudible).
25    MARLENA DANIELS: I did. Yeah, I

**15**

1 told them.
2    I know. I know.
3    UNIDENTIFIED MALE: (Inaudible).
4    MARLENA DANIELS: Yeah.
5    UNIDENTIFIED MALE: (Inaudible).
6    MARLENA DANIELS: They're coming.
7    DEBBIE MORALEZ: Dr. Valles is his
8 doctor at UNM.
9    MARLENA DANIELS: Okay.
10    ==DEBBIE MORALEZ: And he's been having==
11 ==the suicide thoughts and wanting to hurt himself,==
12 ==so . . .==
13    ==MARLENA DANIELS: Okay.==
14    ==DEBBIE MORALEZ: (Inaudible) take the==
15 ==medicine.==
16    ==MARLENA DANIELS: Okay.==
17    ==All right. My mom says that he's been==
18 ==having suicidal thoughts recently and violent==
19 ==outbursts, and that's why they changed his meds==
20 ==around.==
21    911 OPERATOR: Has he been feeling
22 suicidal today?
23    MARLENA DANIELS: My mom says he has
24 been for -- for some time now.
25    911 OPERATOR: Did he make any

**16**

1 threats?
2    MARLENA DANIELS: He's already -- I
3 haven't heard him, but he's in the house screaming
4 at my mom or my grandma. So I don't -- I just don't
5 know.
6    911 OPERATOR: Okay.
7    MARLENA DANIELS: I'm out here with
8 my kids and my dad and --
9    911 OPERATOR: Yeah, that why I
10 (inaudible) to put yourself in any danger. I was
11 just curious --
12    MARLENA DANIELS: Yeah. Yeah. No,
13 no, no.
14    911 OPERATOR: -- if he had made my
15 suicidal threats today.
16    MARLENA DANIELS: Yeah, I haven't --
17 I didn't see any. But I'm not here all the time, so
18 I don't know, you know, when I'm not here during the
19 week and stuff, like what he's -- you know, I just
20 don't know what he's doing.
21    Dad and Santiago just took a drive in
22 Santi's car.
23    UNIDENTIFIED MALE: Okay.
24    MARLENA DANIELS: Yeah. He seems
25 okay. I don't know if he hurt his hand or
26 something, though, because he's -- but . . .

17

1      UNIDENTIFIED MALE: (Inaudible) the
2  car?
3      DEBBIE MORALEZ: No. I don't think
4  so, I don't know.
5      MARLENA DANIELS: He said he didn't
6  need a paramedic, so . . .
7      (Inaudible background conversations.)
8      MARLENA DANIELS: This is craziness.
9  This is like the first time our family has gotten
10 together in over a year.
11     911 OPERATOR: Oh, wow.
12     MARLENA DANIELS: Because we've all
13 like had our vaccines and stuff, and so -- just, I
14 don't know.
15     911 OPERATOR: We'll get some
16 officers out there that can definitely help. And
17 they're all trained for these types of situations.
18     MARLENA DANIELS: Yeah, and they've
19 been here. They've been here multiple times. So
20 (inaudible), I'm sure they can see, you know.
21     UNIDENTIFIED MALE: (Inaudible)?
22     MARLENA DANIELS: He fell hard.
23     UNIDENTIFIED MALE: (Inaudible) dad
24 did.
25     MARLENA DANIELS: Yeah.

18

1      UNIDENTIFIED MALE: He's crippled
2  anyways.
3      MARLENA DANIELS: I know. I know it.
4      UNIDENTIFIED MALE: (Inaudible).
5      MARLENA DANIELS: He did get hit
6  pretty hard. He's got a big knot on his head and
7  stuff. I saw it. And on his face.
8      911 OPERATOR: If you change your
9  mind at any time that he needs a paramedic,
10 definitely let us know. Okay?
11     MARLENA DANIELS: Yeah, I will. I
12 asked my dad, and I just -- I don't know. He said
13 no, but he is just -- you know, he just got
14 attacked, too, so he's . . .
15     UNIDENTIFIED MALE: (Inaudible)
16 suicidal.
17     MARLENA DANIELS: Yeah, I know. He's
18 a big guy, so that was pretty scary, because, you
19 know, you can't -- you can't just get him off of
20 somebody.
21     911 OPERATOR: Yeah.
22     MARLENA DANIELS: You know?
23     911 OPERATOR: Has he hit your father
24 before?
25     MARLENA DANIELS: My dad says that he

19

1  has done -- this is the fifth time he's went off on
2  him in the past, I think, week or two. But he said
3  that this is the first time he's actually ever hit
4  him and -- as he did. He really -- he really -- he
5  really got my dad good today.
6      911 OPERATOR: Okay.
7      MARLENA DANIELS: So I don't know if
8  the other times my dad was just able to get away
9  quicker or what. But today just, no, he -- he got
10 him.
11     UNIDENTIFIED MALE: (Inaudible).
12     MARLENA DANIELS: I -- I almost
13 called him, but I -- I mean . . .
14     UNIDENTIFIED MALE: (Inaudible).
15     MARLENA DANIELS: No.
16     911 OPERATOR: Do you still hear him
17 yelling?
18     MARLENA DANIELS: I don't, but I
19 think they're -- I think they might be in the room
20 or outside or something. I don't -- I don't know
21 what's going on in the house. I think my grandma's
22 in the room with my sister, because she's freaking
23 out and --
24     911 OPERATOR: Okay.
25     MARLENA DANIELS: -- I don't know

20

1  what my mom's doing with my brother. But,
2  I mean . . .
3      911 OPERATOR: Just whatever you can
4  hear.
5      MARLENA DANIELS: He's -- they need
6  to -- they need to definitely take him in and watch
7  him because -- especially if he's having the
8  suicidal thoughts.
9      911 OPERATOR: Okay.
10     DEBBIE MORALEZ: Do they still have
11 the Crisis Team?
12     MARLENA DANIELS: Do you still have
13 the Crisis Team?
14     DEBBIE MORALEZ: Officer Padilla used
15 to come out him.
16     MARLENA DANIELS: Officer Padilla, my
17 mom said, used to come out.
18     911 OPERATOR: Okay. I can
19 definitely request that.
20     MARLENA DANIELS: Yeah, do you want
21 them to do that?
22     DEBBIE MORALEZ: Sure.
23     MARLENA DANIELS: Yes, my mom says
24 please, if you can.
25     DEBBIE MORALEZ: They can deal with

21

1  the mental . . .
2       MARLENA DANIELS: She says that they
3  even come out and deal with my brother (inaudible).
4       911 OPERATOR: All of our officers
5  are --
6       MARLENA DANIELS: Yes.
7       911 OPERATOR: -- are trained for
8  that type of thing, but I can definitely request
9  Officer Padilla. I'm not sure if he's on today.
10      MARLENA DANIELS: Okay.
11      911 OPERATOR: Or if the Crisis Team
12  is available, but I will put it in there that you're
13  requesting it.
14      MARLENA DANIELS: Okay.
15      UNIDENTIFIED FEMALE: Is your grandpa
16  (inaudible)?
17      MARLENA DANIELS: He said he didn't
18  need paramedics, but Danny got him good. He's got
19  like a knot on his head, his face. He was -- I
20  know.
21      (Inaudible background conversations.)
22      DEBBIE MORALEZ: I feel bad for them,
23  but they can't (inaudible).
24      MARLENA DANIELS: I didn't --
25  Grandma, I've have been telling -- I've been telling

22

1  my dad and -- I understand -- I understand Mom not
2  wanting to. I understand like if the mom
3  (inaudible) with their kids, but --
4       UNIDENTIFIED MALE: (Inaudible).
5       MARLENA DANIELS: -- it's so
6  dangerous for them.
7       UNIDENTIFIED FEMALE: If he didn't
8  have (inaudible).
9       MARLENA DANIELS: I told Dad a few
10  months ago, I said, "Dad, please be careful," cause
11  he starts --
12      (Inaudible background conversations.)
13      MARLENA DANIELS: I just -- I -- for
14  some reason, he's targeted on dad. And I said,
15  "Dad, go outside because you're getting him" . . .
16      (Inaudible background conversations.)
17      MARLENA DANIELS: I honestly just
18  think that it's the Huntington's. There's no --
19  there's no reason there.
20      UNIDENTIFIED FEMALE: And I think
21  Debbie (inaudible) he hates Stephanie and those kids
22  so bad and --
23      MARLENA DANIELS: He does.
24      UNIDENTIFIED FEMALE: -- he taking
25  out that (inaudible) on everybody else.

23

1       UNIDENTIFIED MALE: He doesn't want
2  to deal with the hate.
3       UNIDENTIFIED FEMALE: You know what,
4  there's times that we didn't come because every time
5  I came, he was (inaudible).
6       UNIDENTIFIED MALE: And when we go to
7  the house, we got to -- (inaudible) take the
8  pictures down.
9       MARLENA DANIELS: I heard that.
10      UNIDENTIFIED MALE: And the kids.
11  (Inaudible).
12      UNIDENTIFIED FEMALE: You know.
13  (Inaudible) called all the time (inaudible), and I
14  would just sit there and not take it. Well, you
15  know, you can only take it so long too. (Inaudible)
16  I said, "No, because one of these days I'm not going
17  have nothing (inaudible)."
18      MARLENA DANIELS: Yeah. No, it's
19  better to (inaudible) Grandma, especially because
20  he's so -- it's not a good . . .
21      UNIDENTIFIED FEMALE: And even now
22  (inaudible) make me, you know, little remarks.
23  (Inaudible) anybody involved. (Inaudible).
24      MARLENA DANIELS: He -- he does. I
25  don't talk about any of that with him. Because I

24

1  don't want to set him off. I just don't.
2       (Inaudible background conversations.)
3       MARLENA DANIELS: That was them.
4       (Inaudible background conversations.)
5       MARLENA DANIELS: I told dad, "You
6  need to get out because he's just -- he's looking at
7  you, and you're like a trigger for him right now."
8       UNIDENTIFIED FEMALE: And you took
9  the day off.
10      MARLENA DANIELS: I did.
11      UNIDENTIFIED MALE: Remember one time
12  that Debbie was gone somewhere and it was me
13  (inaudible) backyard or something, and Danny started
14  in the (inaudible). "Well, you don't like it,
15  there's the front door. Don't let it hit you in the
16  ass."
17      And I thought Danny was going to start a
18  fight then.
19      MARLENA DANIELS: But (inaudible) is
20  mom in there with Danny?
21      UNIDENTIFIED MALE: No. Danny went
22  in his room.
23      UNIDENTIFIED FEMALE: Yeah, yeah.
24      MARLENA DANIELS: Oh, Danny --
25      UNIDENTIFIED FEMALE: He did.

29

1  that he's not going to go down without a fight, so
2  just so you guys know.
3      911 OPERATOR: Okay.
4      MARLENA DANIELS: He might be a
5  little -- yeah, confrontational, so . . .
6      Ay-yi-yi. I hear him.
7      911 OPERATOR: He's still yelling?
8      MARLENA DANIELS: Can you hear? I
9  don't know, he's in his room so I can't hear him. I
10 am pretty sure he's in there with his door shut, but
11 he told -- and he told my mom that she's not
12 going to -- he's not going to go -- he's not going
13 to go with them and he'd kill himself before he did,
14 so . . .
15     911 OPERATOR: Did he threaten now to
16 kill himself?
17     MARLENA DANIELS: Yes. Yeah, he said
18 that he would kill himself before he goes in. That
19 was just like, you know, what -- what (inaudible).
20     911 OPERATOR: Does he have any
21 access to medication or anything in his room that he
22 could kill himself with?
23     MARLENA DANIELS: I believe that all
24 my -- all his medications are locked away. My mom
25 keeps all their medications locked away in a cabinet

30

1  that's locked.
2      911 OPERATOR: Did he say how he was
3  going to commit suicide? Had he had --
4      MARLENA DANIELS: No, he didn't.
5      911 OPERATOR: Has he ever had a
6  method?
7      MARLENA DANIELS: I mean, last time
8  he slit his wrists really, really, really, really
9  good, so . . .
10     911 OPERATOR: Are there any knives
11 or anything sharp that he could (inaudible) --
12     MARLENA DANIELS: No. My mom's --
13     911 OPERATOR: -- in his room?
14     MARLENA DANIELS: -- my mom's locked
15 them up since that episode. She has things locked
16 and put away.
17     911 OPERATOR: Okay.
18     MARLENA DANIELS: But, I mean, that's
19 not -- I don't know.
20     Did (inaudible) call you?
21     UNIDENTIFIED FEMALE: (Inaudible).
22     MARLENA DANIELS: He (inaudible)?
23     UNIDENTIFIED FEMALE: Yeah.
24 (Inaudible).
25     MARLENA DANIELS: Yeah, (inaudible).

31

1      UNIDENTIFIED FEMALE: I (inaudible).
2      MARLENA DANIELS: Yeah. Yeah, it's
3  better that he not come.
4      UNIDENTIFIED FEMALE: I thought he
5  was just joking.
6      MARLENA DANIELS: No. Oh, no, I
7  could tell right away that he was going to -- I -- I
8  could tell. I could sense it from him. I didn't
9  think he would do what he did.
10     UNIDENTIFIED FEMALE: Yeah, I didn't
11 either. I was (inaudible).
12     MARLENA DANIELS: He got grandpa
13 pretty good.
14     UNIDENTIFIED FEMALE: (Inaudible).
15     MARLENA DANIELS: Because he's
16 driving grandpa (inaudible). Grandpa probably just
17 needs to --
18     UNIDENTIFIED FEMALE: (Inaudible).
19     MARLENA DANIELS: Um-hmm, yeah,
20 definitely.
21     We can stay on until they get here.
22     911 OPERATOR: Just in case anything
23 escalates.
24     MARLENA DANIELS: You know, he may.
25 He said he's going to. I just -- I told her, I gave

32

1  her the heads-up because he's being -- he's going
2  to -- he's definitely not in a good state of mind
3  right now.
4      911 OPERATOR: I think right now
5  they're looking for that -- any availability for the
6  Crisis Team.
7      MARLENA DANIELS: Okay. And I just
8  feel like they need to bring like some -- plenty of
9  people because my brother's a really big guy.
10     No.
11     (Inaudible background conversations.)
12     MARLENA DANIELS: Still waiting.
13     UNIDENTIFIED FEMALE: (Inaudible).
14     MARLENA DANIELS: He's with -- he's
15 with Santiago. Tell her she can call Santiago's
16 phone.
17     UNIDENTIFIED FEMALE: (Inaudible)?
18     MARLENA DANIELS: I don't know.
19     Do you have Santiago's number, Mom?
20     DEBBIE MORALEZ: Huh?
21     MARLENA DANIELS: Do you have Santi's
22 number?
23     DEBBIE MORALEZ: No, I got
24 (inaudible).
25     MARLENA DANIELS: Okay.

33

1     DEBBIE MORALEZ: I'm talking to
2  (inaudible) real quick.
3     911 OPERATOR: Is there anything that
4  can like hold him down when this sort of thing
5  happens? Is there anything that usually helps?
6     MARLENA DANIELS: Honestly, I have
7  never seen my brother have an outburst like this.
8     911 OPERATOR: Okay.
9     MARLENA DANIELS: So, I mean, I
10 had -- my mom, my grandma, my uncle were all on him,
11 and I was trying to pull my dad away. But that
12 wasn't (inaudible) -- he's a really big guy, so I
13 don't know -- and he -- you know, with the threats
14 he's making, I just -- they probably -- I mean, I
15 don't know how . . .
16     Like I don't know how he's going to be,
17 you know. I don't know if he's going to be calm and
18 has calmed down or if he's actually going to put up
19 a -- a fight.
20    911 OPERATOR: But you said last
21 time --
22    MARLENA DANIELS: (Inaudible).
23    911 OPERATOR: -- that the officers
24 came, he wasn't violent with them?
25    MARLENA DANIELS: He was not.

34

1     911 OPERATOR: Okay.
2     MARLENA DANIELS: He was not. But he
3  is threatening now, saying that he's not going
4  to . . .
5     911 OPERATOR: Okay.
6     MARLENA DANIELS: -- he won't go in
7  without a fight, that he will try to kill himself
8  before they -- he lets them take him in.
9     911 OPERATOR: Okay. I did note that
10 in there.
11    Is your father still out with -- on a
12 drive?
13    MARLENA DANIELS: He's with my --
14 he's with my son. They are.
15    911 OPERATOR: Okay.
16    MARLENA DANIELS: I -- I -- I don't
17 know how -- I mean, he said he doesn't need a
18 paramedic, but, honestly, I don't -- I don't know.
19 My brother got him pretty good. I don't know.
20    911 OPERATOR: I know. That's why I
21 was -- just want to make sure, like are you sure
22 he's okay? But if he's still -- you wouldn't have
23 heard anything.
24    MARLENA DANIELS: Yeah, he's out.
25 He's got a -- I -- I did see a big knot on his head,

35

1  and I know he got him -- he got him in the face.
2  And he knocked my dad down to the ground. And I
3  just -- I don't know.
4     It's crazy. It's like hard to -- when he
5  gets in that rage, it's like . . .
6     UNIDENTIFIED MALE: (Inaudible).
7     MARLENA DANIELS: You just can't
8  contain him. I think they -- she said they were
9  looking for (inaudible) the Crisis --
10    UNIDENTIFIED MALE: Oh.
11    MARLENA DANIELS: -- the Crisis Team
12 or whatever --
13    UNIDENTIFIED MALE: (Inaudible).
14    MARLENA DANIELS: -- could come out.
15    UNIDENTIFIED MALE: Yeah, because
16 they're a lot better with Danny. They already know.
17    MARLENA DANIELS: Yeah.
18    UNIDENTIFIED MALE: (Inaudible).
19    MARLENA DANIELS: Uh, (inaudible).
20      (Dog barking.)
21    UNIDENTIFIED FEMALE: I don't think
22 any of (inaudible) makes sense.
23    MARLENA DANIELS: I don't think any
24 of us were. None of us were. It was just a
25 conversation.

36

1     UNIDENTIFIED FEMALE: (Inaudible)?
2     MARLENA DANIELS: About the damn air
3  conditioner.
4     UNIDENTIFIED FEMALE: Yeah.
5     MARLENA DANIELS: Oh, God.
6     911 OPERATOR: You know -- do you
7  know why he was trying to commit suicide the last
8  time? Was it over something minor like this as
9  well?
10    MARLENA DANIELS: No. Honestly, it
11 wasn't anything like this. He didn't have an
12 outburst or --
13    Dr. Valles?
14    UNIDENTIFIED MALE: Valles, yeah.
15    MARLENA DANIELS: Okay.
16    Dr. Valles at UNM, that's his doctor --
17    911 OPERATOR: Okay.
18    MARLENA DANIELS: -- that he sees for
19 his Huntington's.
20    911 OPERATOR: When was the last time
21 he was seen?
22    MARLENA DANIELS: I think it was
23 recently. I don't know exactly when. My mom said
24 that she just took him, and they switched his meds
25 cause he was having suicidal thoughts and -- you

37

1  know, so they --
2       911 OPERATOR: Yeah.
3       MARLENA DANIELS: -- switched his
4  meds around, but it hasn't been long enough, she
5  said, for it to really take effect.
6       911 OPERATOR: Okay.
7       MARLENA DANIELS: So it must have
8  been pretty recent.
9       My dad just got here. Let me see what
10 he's . . .
11      911 OPERATOR: Okay.
12    (Inaudible background conversations.)
13      MARLENA DANIELS: Oh, yeah. So there
14 is a . . .
15      Are you okay, Dad?
16      MANUEL MORALEZ, SR.: (Inaudible).
17    (Inaudible background conversations.)
18      MARLENA DANIELS: So, yeah, there is
19 a -- we see the cop down the street, but he -- my
20 dad said they can't come over until somebody else
21 shows up with him.
22      911 OPERATOR: Okay. Yeah, usually
23 depending if --
24      MARLENA DANIELS: Yeah.
25      911 OPERATOR: -- especially if he's

38

1  saying that he's not going to go down without a
2  fight, they won't just send one officer. They're
3  waiting for some backup.
4       MARLENA DANIELS: Yeah. No,
5  that's -- that's -- that's -- that's smart. That's
6  why I was -- (inaudible) a heads-up, because I don't
7  want anybody hurt.
8       911 OPERATOR: Definitely, yes.
9       MARLENA DANIELS: And my brother is a
10 big guy, so . . .
11      911 OPERATOR: But your dad doesn't
12 need a paramedic?
13      MARLENA DANIELS: He said he doesn't.
14 He said he'll be fine. He said he's got a --
15 he's -- you can tell he got hit in the head, in the
16 face, but he said he's fine.
17      911 OPERATOR: Okay.
18      MARLENA DANIELS: I don't know.
19    (Inaudible background conversations.)
20      MARLENA DANIELS: Oh. Grandpa?
21      UNIDENTIFIED MALE: (Inaudible).
22      MARLENA DANIELS: Yeah. I get it.
23      UNIDENTIFIED MALE: I know
24 (inaudible).
25      MARLENA DANIELS: Oh, no, it's

39

1  like -- and I know. That's what I'm saying. Like
2  being a mom -- being a mom, I get it. I get it, but
3  also it's dangerous for both of them.
4       UNIDENTIFIED MALE: (Inaudible) for
5  Danny.
6       MARLENA DANIELS: It's dangerous for
7  Mom and Dad.
8       911 OPERATOR: Is there anybody
9  else --
10      MARLENA DANIELS: So there is --
11 there is --
12      911 OPERATOR: -- that is able to
13 take care of him?
14      MARLENA DANIELS: There's a cop here,
15 but they can't come because they need to send
16 somebody with him because he's by himself. With the
17 threats and stuff, they need --
18      UNIDENTIFIED MALE: (Inaudible).
19      MARLENA DANIELS: Yeah. They need to
20 send multiple people.
21    (Inaudible background conversations.)
22      MARLENA DANIELS: Yeah. Yeah.
23      Yeah, I don't -- I mean, my parents do
24 really good with my brother and my sister when
25 they -- you know, when they're on their meds and --

40

1  you know.
2       911 OPERATOR: Yeah.
3       MARLENA DANIELS: Their meds work
4  fairly well, but it's when -- you know.
5  (Inaudible).
6       911 OPERATOR: Yeah. It looks like a
7  really hard situation when they're being violent
8  like this and you know it's -- like you said, like
9  being a mom, you'd really want to be there and care
10 for them, but it's also dangerous for them that --
11 that they --
12      MARLENA DANIELS: Yeah.
13      911 OPERATOR: -- really (inaudible).
14      MARLENA DANIELS: It really is. And
15 I've been warning my -- my parents about this for a
16 while. I said, "There is going to be a time" --
17 because as the diseases progresses, this is just
18 part of it. This is what happens. I said, "And he
19 is progressing, so you guys need to, at some point,
20 know when, you know, it's -- you guys can't do it
21 forever."
22      911 OPERATOR: Yeah. Is there
23 anybody else within the family that could care for
24 him?
25      MARLENA DANIELS: Oh, no. Everybody

45

1   MARLENA DANIELS: Yeah. And it's
2 pretty -- it starts pretty young. And my sister
3 probably started showing signs in her 30s, and my
4 brother also probably -- both of them, late 30s. My
5 sister's -- no, they're both pretty -- they're kind
6 of a -- they're -- yeah, they're both pretty -- I
7 don't know.
8   911 OPERATOR: Well, hopefully, their
9 medication will -- it will be more like your sister,
10 and the medication will kick in and there won't be
11 as many outbursts.
12   MARLENA DANIELS: Yeah, we're hoping
13 for that. Just got to wait and see.
14   911 OPERATOR: It's just hard, too,
15 with like a lot of the medication that they
16 prescribe for mental health, cause it takes about
17 like two weeks to a month to even see --
18   MARLENA DANIELS: Um-hmm.
19   911 OPERATOR: -- any results.
20   MARLENA DANIELS: Yep. It does. And
21 they're constantly, I think, all the time switching
22 their -- having to switch their medications. All
23 the time, because it like will work for a while, and
24 then they'll start -- you know --
25   911 OPERATOR: Yeah.

46

1   MARLENA DANIELS: -- having, you
2 know, suicidal thoughts or delusions or -- who
3 knows, just different things. And they have to be
4 switched again.
5   (Inaudible)?
6   UNIDENTIFIED MALE: Yeah.
7   911 OPERATOR: Is he still in the
8 bedroom?
9   UNIDENTIFIED MALE: (Inaudible).
10   MARLENA DANIELS: Yeah.
11   911 OPERATOR: Okay.
12   MARLENA DANIELS: Dad's in the car.
13   (Inaudible background conversations.)
14   911 OPERATOR: Has anybody else in
15 the family besides your brother and sister had
16 Huntington's disease?
17   MARLENA DANIELS: It runs in their --
18 so he's my step -- it's my stepbrother and my
19 stepsister.
20   911 OPERATOR: Okay.
21   MARLENA DANIELS: So it runs in
22 their -- in their dad's side of the family. And
23 everybody on that side of the family has had --
24 either has had it or had it.
25   911 OPERATOR: Oh, wow.

47

1   MARLENA DANIELS: Like the whole --
2 like their dad had it, and I think their dad
3 ended -- I think he committed suicide (inaudible).
4   911 OPERATOR: Oh, no.
5   MARLENA DANIELS: The uncles, like
6 that whole side of the dad's family has had it.
7   911 OPERATOR: That's crazy.
8   MARLENA DANIELS: Yeah. And my
9 niece, my sister's daughter, she's -- she lives here
10 as well. She was just -- she was just tested
11 positive for it. She's young, though. She's 19,
12 so . . .
13   911 OPERATOR: So it's a genetic
14 disease?
15   MARLENA DANIELS: It is, um-hmm,
16 yeah.
17   (Inaudible background conversations.)
18   UNIDENTIFIED MALE: He's pretty
19 strong.
20   MARLENA DANIELS: He's -- he isn't --
21 he's -- he's strong.
22   (Inaudible background conversations._
23   MARLENA DANIELS: He's strong.
24   UNIDENTIFIED FEMALE: (Inaudible).
25   MARLENA DANIELS: He couldn't -- we

48

1 couldn't get him off. We couldn't get him off of
2 Dad.
3   (Inaudible background conversations.)
4   MARLENA DANIELS: We couldn't get him
5 off of Dad.
6   UNIDENTIFIED MALE: (Inaudible).
7   MARLENA DANIELS: It did. Mom said
8 they just changed his meds because he was having
9 suicidal thoughts and . . .
10   (Inaudible background conversations.)
11   MARLENA DANIELS: My younger brother
12 just got here. He's a pretty big guy, so . . .
13   I don't know why that's really (inaudible)
14 for me, but I'm like, "Oh, my younger brother is
15 here."
16   ==911 OPERATOR: I do apologize for the==
17 ==time delay. It's been really busy today, so we==
18 ==haven't had many officers available.==
19   ==MARLENA DANIELS: Yeah, I see the==
20 ==officer sitting there. He's just down the street,==
21 ==but it's only the one.==
22   ==911 OPERATOR: Yeah. Maybe he is==
23 ==just waiting for cover. And I do show that the --==
24 ==another officer is en route, but it's been really==
25 ==busy today and officers have been going call to==

49

1 call.
2      MARLENA DANIELS: Sure.
3      911 OPERATOR: Calls have been
4 holding for a long time.
5      MARLENA DANIELS: It's a holiday.
6 That's usually how it goes.
7      911 OPERATOR: Oh, yeah. People
8 drink --
9      MARLENA DANIELS: And --
10     911 OPERATOR: -- and all the
11 families get together, and they're fighting.
12     MARLENA DANIELS: Yep. And like we
13 were so excited. We're like, "Oh, wow, we haven't
14 seen each other in so long," and nah-nah-nah-nah.
15 And it was just fine. It was going so good. We had
16 all just finished eating, and we were just having
17 conversation at the table. And, wow, it just -- I
18 don't know what the heck happened.
19     911 OPERATOR: Hopefully we'll get
20 him the help that he needs.
21     MARLENA DANIELS: Yeah. I -- I mean,
22 I know there is help. It's just him allowing it.
23 You know?
24     911 OPERATOR: Yeah, if the officers
25 do determine that he's like a danger to himself or

50

1 others, they might be able to transport him to UNMH
2 to be evaluated.
3      MARLENA DANIELS: Yeah, that's where
4 his doctor's at, Dr. Vas- -- Valles.
5      911 OPERATOR: Okay.
6      MARLENA DANIELS: I think, at UNM.
7 That's where his Huntington's doctor is.
8      911 OPERATOR: All right.
9      MARLENA DANIELS: Are you okay? Did
10 you get injured?
11     UNIDENTIFIED MALE: Uh-uh.
12     MARLENA DANIELS: You all right?
13     UNIDENTIFIED MALE: (Inaudible).
14     MARLENA DANIELS: He's a big guy.
15 That was -- that, Alfonso, was very scary
16 (inaudible).
17     UNIDENTIFIED MALE: (Inaudible) but
18 people don't understand (inaudible). Cuz, you know,
19 he fucking one time threatened to kill me and
20 (inaudible) this big old thing. (Inaudible) said
21 I'm not fucking scared of anything.
22     MARLENA DANIELS: Um-hmm.
23     UNIDENTIFIED MALE: I finally told
24 him, "Then fucking do it. Knock me out quick. Do
25 whatever the fuck you're going to do." I said, "I

51

1 don't give a fuck."
2      And now, (inaudible) he doesn't realize
3 how much people care for him. Because even right
4 now, he's trying to (inaudible) he way and I can
5 calm him down.
6      MARLENA DANIELS: I --
7      UNIDENTIFIED MALE: So he doesn't
8 have to go down with a fight (inaudible).
9      MARLENA DANIELS: He already told
10 Mom. He already told Mom. He said, "I will not go
11 without a fight." He told Mom, he said, "I will
12 kill myself before they take me." He's already in
13 there in his --
14     UNIDENTIFIED MALE: (Inaudible).
15     MARLENA DANIELS: And that was scary
16 because honestly, Santo, we were sitting there
17 eating, and there was nothing going on. And he --
18     UNIDENTIFIED MALE: (Inaudible).
19     MARLENA DANIELS: Like that.
20     UNIDENTIFIED MALE: He's going to --
21 he's going to start a fight.
22     MARLENA DANIELS: No. No. That's
23 why I had Dad -- I -- I -- I made Dad and the boys
24 come out.
25     UNIDENTIFIED MALE: (Inaudible).

52

1      MARLENA DANIELS: He's not. He's
2 not.
3      UNIDENTIFIED MALE: He first started
4 shaking (inaudible), I'm changing this fucking air
5 conditioner (inaudible), all the shit.
6      MARLENA DANIELS: This is about the
7 air conditioner.
8      UNIDENTIFIED MALE: Well, I know,
9 but . . .
10     He's not a fucking -- swamp cooler
11 (inaudible). How can you complain about your
12 fucking (inaudible).
13     MARLENA DANIELS: I did (inaudible).
14 Mom says that -- Dad says this is like the fourth or
15 fifth time in a couple weeks that he's attacked Dad.
16     UNIDENTIFIED MALE: Well, he had
17 fucking -- we were on Cloud 9 (inaudible) --
18     MARLENA DANIELS: (Inaudible).
19     UNIDENTIFIED MALE: -- and fucking
20 (inaudible).
21     MARLENA DANIELS: We were all excited
22 to see everybody. I don't know what happened.
23     UNIDENTIFIED MALE: I was on Cloud 9.
24     MARLENA DANIELS: I don't know what
25 happened.