**Detailed History for Police Event #P210940614** As of 4/20/2021 08:03:56

Output for: P3447

Priority:2 Type:15 - Family dispute
Location:3112 RONDA DE LECHUSAS NW, ALB
    btwn MESA DE ARENA NW and VISTA ALEGRE ST NW

| Created:  | 04/04/2021 13:14:21 | PCAD13 | P7269 |
|-----------|---------------------|--------|-------|
| Entered:  | 04/04/2021 13:14:51 | PCAD13 | P7269 |
| Dispatch: | 04/04/2021 13:20:55 | PCAD33 | P6364 |
| Enroute:  | 04/04/2021 13:21:24 | 5173   | P5173 |
| Onscene:  | 04/04/2021 13:37:20 | PCAD33 | P6364 |
| Closed:   | 04/04/2021 22:05:26 | PCAD41 | P7085 |



DEFENDANT'S EXHIBIT B

ICUnit:S67 PrimeUnit:F614 Dispo:8 Type:15 - Family dispute
Agency:APD AreaC/Dist:NW Sector:633 Beat:633
Case #:AP210025568      ☑ Detail

---

| Time | Event | Unit | Comment |
|---|---|---|---|
| 13:14:21mdt | CREATE | P7269/PCAD13 | Location:3112 RONDA DE LECHUSAS NW, ALB Type:15 AreaC/Dist:NW BEAT/F-BOX:633 TypeDesc:Family dispute LocDesc:btwn MESA DE ARENA NW and VISTA ALEGRE ST NW Priority:2 Response:20 Agency:APD LocType:S |
| 13:14:51 | ENTRY | | Comment:CLR ADV HER OLDER BRO IS HAVING AN OUTBURT SND HIT HER FTR |
| 13:14:51 | -NPREMS | | Comment:(none) |
| 13:15:00 | SELECT | P6364/PCAD33 | |
| 13:15:12 | INFO | P7269/PCAD13 | Comment:BRO HAS HUNTINGTONS DISEASE |
| 13:15:29 | INFO | | Comment:MED COMPLIANT |
| 13:15:59 | INFO | | Comment:IN PROG / NEG WEAPS / GRANDMOTHER MTR AND UNCLE 56 |
| 13:16:02 | HOLD | P6364/PCAD33 | |
| 13:16:10 | INFO | P7269/PCAD13 | Comment:CLR ADV FAMILY IS TRYING TO HOLD BRO DOWN |
| 13:16:25 | INFO | | Comment:CLR ADV THIS HAS OCCD BEFORE / NEVER BENE VIOLENT W/ 34S |
| 13:16:43 | INFO | | Comment:NEG INJS 18/57 |
| 13:16:52 | INFO | | Comment:NEG VEH ACCESS |
| 13:17:59 | CLARFY | | |
| 13:17:59 | SUBJ | | S#:1 Race:W Sex:M Age:43 DOB:▓▓▓▓/1977 Hght:509 Wght:250 Hair:BALD Name:WHITE,DANNY InvType:SUSP Check:Y Misc:GYR OR BLU SHORT / UNK COLOR SHORTS |
| 13:18:42 | INFO | | Comment:CLR ADV THAT FTR AND BRO WERE ARGUING ANOUT WHETHER OR NOT TO TURN ON THE AIR CONDITIONING |
| 13:18:55 | INFO | | Comment:NEG WEAPS IN 20 |
| 13:19:11 | MISC | P6364/PCAD33 | Comment:NUA CHECKING CITYWIDE |
| 13:19:26 | INFO | P7269/PCAD13 | Name:DANIEL,MARLENA Phone:5057151511 Contact:Y Weapons:N Drugs:N Alcohol:N |
| 13:20:10 | INFO | | Comment:CLR ADV SHE IT OUTSIDE AND HER BRO IS INSIDE THE 20 AND CAN BE HEARD YELLING |
| 13:20:55 | DISP | P6364/PCAD33 | C616 Operator:P5173 OperNames:HARRISON,MICHAEL |
| 13:20:55 | -PRIU | | C616 |
| 13:21:12 | MISC | | C616 Comment:WAS HIT INTENTIONAL OR DUE TO -40 ISSUES |
| 13:21:24 | *ENRTE | P5173/5173 | C616 |
| 13:21:55 | INFO | P7269/PCAD13 | Comment:CLR ADV THE HIT WAS POSS DUE TO BOTH ADV BRO HAS OUTBURSTS |
| 13:24:10 | *BACKUP | P5707/RTC08 | RCV10 UnitID:C616 Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P5707 OperNames:DUDA,CHRISTOPHER |
| 13:29:25 | *MISC | | RCV10 Comment:NAM: WHITE,DANNY J ADR: 8009 LYNDSI AVE NW, ALBUQUERQUE, NM 87120-5566 OLN: ▓▓▓▓ SEX: MALE DOB: 1977▓▓▓ HGT: 510 WGT: 210 EYE: |

```
                                    GRN***located in cit Has Huntington's Disease- a fatal genetic disorder
                                    that causes the progressive breakdown of nerve cells in the brain. It
                                    deteriorates a persons physical and mental abilities.*****ref 190102481
                                    was tot'd for 43-1 attempt for cutting his arm with a steak knife***ref
                                    100104221 was sus of battery for pushing 41****
13:30:13    INFO      P7269/PCAD13  Comment:CLR REQ CRISIS TEAM AND OFFICER PADILLA
13:32:12    MISC      P6364/PCAD33  C616 Comment:S63 -4 NUA FOR 82, WILL STILL CHECK
13:37:20    ONSCN                   C616 Comment:STANDING BY FOR 82
13:38:29    INFO      P7269/PCAD13  Comment:CLR ADV BRO "WILL NOT GO DOWN WITHOUT A FIGHT"
13:38:51    INFO                    Comment:CLR ADV BRO IS STILL YELLING
13:39:11    INFO                    Comment:BRO NOW ADV HE WILL 43-1 BEFORE HE GOES TO JAIL
13:39:49    INFO                    Comment:NEG METHOD GIVEN
13:40:10    INFO                    Comment:NEG WEAPS, MEDICATIONS, OR ANYTHING SHARP THAT HE WOULD HAVE
                                    ACCESS TO IN HIS ROOM
13:40:26    MISC      P6364/PCAD33  C616 Comment:REQ ECIT OR MCT
13:41:31    MISC                    C616 Comment:NEG BCSO FOR MCT
13:43:18    BACKUP                  F614 UnitID:C616 Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P5806
                                    OperNames:JOHNSON,JOSH (ECIT)
13:43:38    *ENRTE    P5806/5806    F614
13:43:59    PRIU      P6364/PCAD33  F614 Comment:S67 -4
13:47:02    *CLEAR    P5707/RTC08   RCV10 Dispo:4
14:09:58    *ONSCN    P5806/5806    F614
14:11:21    INFO      P7269/PCAD13  Comment:34S 56 DISCON
14:11:26    NOMORE
14:23:53    MISC      P4826/PCAD33  F614 Comment:TRYING TO GET VERBAL COMPLIANCE SUBJ IS VERY AGRESSICE
                                    STATING HES GONNA 32 W/ 34S, HAVE MISDEMEANOR -15 CHARGES
14:25:02    *BACKUP   P5551/5551    F627T UnitID:F614 Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P7204
                                    OperNames:SALBERG,KYLE
14:25:06    *ENRTE                  F627T
14:25:10    BACKER    P4826/PCAD33  S66A UnitID:F614 Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P3357
                                    OperNames:ENDRES,NORMA (ECIT)
14:25:36    *BACKUP   P7046/7046    F634 UnitID:F614 Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P7046
                                    OperNames:LUCERO,JONATHAN
14:25:38    *ENRTE                  F634
14:26:11    MISC      P4826/PCAD33  Comment:-3 AIR
14:26:16    MISC                    Comment:SUBJ PRESENTING THREATS TO OTHERS IN THE 20 PRESENTING FISTS.
14:26:52    MISC                    Comment:SUBJ TRYING TO 32
14:27:04    MISC                    Comment:REQ AIR SUP
14:28:44    MISC                    Comment:TRYING ALL AIRS FOR AIR SUP
14:30:36    MISC                    F614 Comment:1 IN CUSTODY, START A SUPV, 43 55, 45YOM CB REF UOF
14:31:21    MISC                    Comment:AFR -4
14:31:49    MISC                    C616 Comment:UNK COVID, MALE NOT BREATHING DOING CPR
14:32:03    MISC                    C616 Comment:HAVE 43 STEP ON IT
14:32:18    BACKER                  S67 UnitID:F614 Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P5355
                                    OperNames:MONTE,LAWRENCE
14:32:22    MISC                    S67 Comment:START AN FI
14:32:25    *BACKUP   P3886/3886    S67A UnitID:S66A Location:3112 RONDA DE LECHUSAS NW, ALB Operator:P3886
                                    OperNames:FRANKLIN,MORGAN (ECIT)
14:32:28    *ENRTE                  S67A
14:32:41    XREF      P4826/PCAD33  Service:P Event:#P210940696 Type:64 Agency:APD
14:34:06    MISC                    Comment:102 START ADDITIONAL UNITS
14:34:11    DISPER                  G624 Operator:P5523 OperNames:SMALL,DAVID (ECIT)
```