
DEFENDANT'S EXHIBIT C

## ALBUQUERQUE POLICE DEPARTMENT
### TEN CODE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10-1 | | Receiving Poorly | | 27-5C | Commerical Burglary - 3 | 10-46 | | Wrecker - 6 (only if used as an advised |
| 10-2 | | Receiving Well | | 27-5E | Burglary ETS Activation - 1 | 10-47 | | Drunk Driver - 2 |
| 10-3 | | Stop Transmitting | | 27-5R | Residential Burglary - 3 | 10-48 | | Use Caution |
| 10-4 | | O.K./Understood | | 27-6 | Theft, Fraud, Embezzlement - 3 | 10-49 | | Any Traffic |
| 10-5 | | Relay Message | | 27-6M | Theft - Metal - 3 | 10-50 | | No Traffic |
| 10-6 | | Busy on Non-Dispatch Activity | | 27-7 | Auto Theft - 3 | 10-51 | | Message for Delivery - 3 |
| 10-7 | | Out of Service | | 27-7E | Emergency Alarm-BAIT Activation - 1 | 10-52 | | Audible Alarm - 3 |
| 10-8 | | In Service | | 27-7F | Found (Located) Stolen Vehicle - 3 | 10-53 | | Silent Alarm - 2 |
| 10-9 | | Repeat Transmission | | 27-7W | Warm-up Stolen Vehicle - 3 | 10-54 | | Traffic Stop - 2 |
| 10-10 | | Periodic Watch - 3 | | 27-8 | Shooting - 1 | 10-55 | | Ambulance Call - 1 |
| | 10-10-0 | Welfare check - 3 | | 27-9 | Stabbing - 1 | 10-56 | | Arrived at Scene |
| 10-11 | | Animal Call - 3 | 10-28 | | Missing Person - 3 | 10-57 | | Narcotics - 2 |
| 10-12 | | Check M.V.D. Revocation | 10-29 | | Wanted Check or Broadcast - 3 | 10-58 | | DOA - 1 |
| 10-13 | | Advise Weather/Road Conditions | 10-30 | | Juvenile - 2 | 10-59 | | Bomb Threat - 1 |
| 10-14 | | Escort - 3 | | 30-1 | Physical Abuse of a child - 2 | | 59-1 | Bomb Squad Activation - 1 |
| 10-15 | | Family Fight/Domestic Violence - 2 | | 30-2 | Sexual Abuse of a child - 2 | 10-60 | | Coffee Break* |
| | 15-1 | Domestic Relations Escort - 3 | | 30-3 | Child Neglect - 2 | 10-61 | | Lunch Break* |
| 10-16 | | Prisoner in Custody/Pick Up - 2 | 10-31 | | Suspicious Person or Vehicle - 2 | 10-62 | | Logged on/Off Duty Officer* |
| 10-17 | | Pick Up/Deliver Items - 3 | | 31-1 | E911 Hang up call - 2 | | 62-1 | Chief's Overtime - 5 |
| 10-18 | | Drunk - 3 | | 31D | Suspicious/Intoxicated Subject - 2 | 10-64 | | Crime Scene Investigation - 4 |
| 10-19 | | Return To* | | 31T | Mass Casualty Threat - 3 | 10-65 | | Kidnapping, Abduction, Hostage - 1 |
| 10-20 | | Location | 10-32 | | Fight In Progress - 2 | 10-66 | | Nature Call* |
| 10-21 | | Telephone | 10-33 | | Fire - 1 | 10-69 | | Sniper - 1 |
| 10-22 | | Send Blood Technician | 10-34 | | Officer or Meet Officer* | 10-70 | | Hazardous Material Incident - 1 |
| 10-23 | | Sex Offense - 2 | 10-35 | | Prowler - 2 | 10-74 | | Tactical Plan - 3 |
| 10-24 | | Direct Traffic - 3 | 10-36 | | Time of Day | 10-75 | | Miscellaneous Out Code* |
| 10-25 | | Contact - 3 | 10-37 | | Shoplifter - 3 | | 75-1 | Community Activity* |
| 10-26 | | Check Auto Registration | 10-38 | | Vandalism - 3 | | 75-2 | Training Student* |
| 10-27 | | Investigation Of - 3 | | 38M | Damage transformers,etc.-Metal - 3 | | 75-3 | Training Instructor* |
| | 27-U | Use of Force (Disp 24, 25, 26) - 3 | 10-39 | | Disturbance - 2 | 10-76 | | Send S.W.A.T. Team - 1 |
| | 27-0 | Forgery/Check/Credit Card - 3 | | 39-1 | Loud Music - 3 | | 76-1 | Tactical Assist - 1 |
| | 27-1 | Homicide - 1 | | 39-2 | Loud Party - 2 | | 76-K9 | K9 Tactical Call - 1 |
| | 27-2 | Criminal Sexual Penetration - 1 | | 39-3 | Shots fired - 3 | 10-80 | | Demonstration – 2 |
| | 27-3 | Robbery - 1 | | 39-4 | Aggressive Driver/Road Rage - 1 | 10-81 | | Civil Disturbance/Riot – 1 |
| | 27-3A | Auto Car Jacking - 1 | | 39-5 | Pan Handlers - 3 | 10-82 | | Cover Assistance - 1 |
| | 27-3C | Commerical Armed Robbery - 1 | 10-40 | | Behavioral Health Issue - 2 | 10-83 | | Officer In Trouble - 1 |
| | 27-3E | Emergency Alarm-ETS Activation - 1 | 10-41 | | Neighbor Trouble - 3 | 10-88 | | True Alarm |
| | 27-3I | Individual Armed Robbery - 1 | 10-42 | | Request Dispatch Times/ Reports | 10-89 | | False Alarm |
| | 27-3R | Residential Armed Robbery-Home Invasion - 1 | 10-43 | | Rescue Call - 1 | 10-90 | | Vehicle Maintenance* |
| | 27-4 | Aggravated Assault/Battery - 1 | | 43-1 | Suicide - 1 | 10-91 | | Vehicle Fuel* |
| | 27-5 | Burglary - 3 | 10-44 | | Traffic Accident No Injuries - 2 | 10-92 | | Court* |
| | 27-5A | Auto Burglary - 3 | 10-45 | | Traffic Accident Injuries - 1 | 10-99 | | Officer Held Hostage - 1 |

* ALL UNDERLINED CODES ARE EVENTS, ALL CODES WITH AN ASTERISK (*) INDICATES OUT-CODES AND CANNOT BE AN EVENT, REMAINING CODES ARE STATUS CHANGES OR INFORMATION, THE NUMBER TO THE RIGHT OF EVENTS INDICATES INITIAL PRIORITY.

**Any call can be created into a BOLO when applicable, therefore, BOLOS are no longer listed.