**Page 1**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO

TRANSCRIPT OF VIDEO OF ON-BODY RECORDING DEVICE FOR
OFFICER MICHAEL HARRISON
[Re:  Estate of Danny White v. City]
[Officer Michael Harrison OBRD]

April 4, 2021
2:10 p.m.
3112 Ronda De Lechusas
Albuquerque, New Mexico  87120

This OBRD VIDEO RECORDING was:

TAKEN BY:  OFFICER MICHAEL HARRISON,
ALBUQUERQUE POLICE DEPARTMENT

TRANSCRIBED BY:  KENDRA TELLEZ, RMR-CRR-CCR
Kendra Tellez Court Reporting, Inc.
302 Silver Avenue, Southeast
Albuquerque, New Mexico 87102

DEFENDANT'S
EXHIBIT
D1

**Page 2**

OFFICER HARRISON:  I don't know if you heard or saw I -- he was threatening 43-1.  I requested ECIT, MCT.
OFFICER JOHNSON:  I -- I'm (inaudible).
OFFICER HARRISON:  Oh.
OFFICER JOHNSON:  I'm taking (inaudible).
OFFICER HARRISON:  Yeah.  (Inaudible) I said, I know it's a long shot, but . . .
OFFICER JOHNSON:  No, man.  I can usually (inaudible).  So (inaudible).
Hi, guys.
MANUEL MORALEZ, JR.:  How's it going? (Inaudible).
(Inaudible conversations.)
OFFICER JOHNSON:  Hi.  Let me (inaudible).
OFFICER HARRISON:  You guys didn't witness anything, did you?
MANUEL MORALEZ, JR.:  No, sir. (Inaudible) home.  We (inaudible) -- we were just trying not to be in the house.
OFFICER HARRISON:  No, no, no. That's fine.  That's fine, no.

**Page 3**

MANUEL MORALEZ, JR.:  And hopefully -- he's my brother, so . . .
OFFICER HARRISON:  Did anybody see it, see what happened?
MANUEL MORALEZ, JR.:  Yeah.  Yeah.
OFFICER HARRISON:  You did?
MANUEL MORALEZ, JR.:  Uh-hmm.
MARLENA DANIELS:  We were eating.
OFFICER JOHNSON:  Real quick, before you say anything, is anybody else in there?
MARLENA DANIELS:  We were all in there.
JACK ISAACS:  I have settled him down.
OFFICER JOHNSON:  It's okay.
(Ongoing background conversation.)
MANUEL MORALEZ, JR.:  Did they inform you he has Huntington's and the whole --
OFFICER HARRISON:  No.
MANUEL MORALEZ, JR.:  It's a (inaudible).  So that's the only reason I'm -- I wanted to talk to you guys real quick, is just to get that out right away.  He has the Huntington's. It comes with a lot of baggage.  He is hyperaggressive.

**Page 4**

OFFICER JOHNSON:  I'm not familiar with that.
MANUEL MORALEZ, JR.:  Yeah, so it's -- it's a disorder, and it messes with your nerves.
OFFICER HARRISON:  Um-hmm.
MANUEL MORALEZ, JR.:  But after that comes -- it starts -- when it gets to your brain, he is going to be --
I'm -- I'm okay.
OFFICER HARRISON:  Any weapons inside?
MANUEL MORALEZ, JR.:  No, they shouldn't -- we should (inaudible) -- no.
OFFICER HARRISON:  Okay.
MANUEL MORALEZ, JR.:  We -- we -- we're pretty good (inaudible).
OFFICER HARRISON:  Okay.
MANUEL MORALEZ, JR.:  I just wanted to put that out to you.
OFFICER HARRISON:  Okay.  We appreciate it.  Thank you.  (Inaudible).
MANUEL MORALEZ, JR.:  And -- and if -- preferably, I have a feeling these --
DEBBIE MORALEZ:  He's not going to

9

1 make decisions for him medically?
2        DEBBIE MORALEZ:  Well, I don't have
3 medical power of attorney.  I have --
4        OFFICER HARRISON:  Okay.  So I was
5 going to say, then, you could.
6        DEBBIE MORALEZ:  I have power of
7 attorney to do all of his paperwork.
8        OFFICER HARRISON:  Financial and
9 stuff like that?
10        DEBBIE MORALEZ:  Finances and stuff,
11 but not medical.
12        OFFICER HARRISON:  So another thing,
13 you might want to see if you can get a medical power
14 of attorney.  Because even if he's telling us he
15 doesn't want to go and if you want him to go, we can
16 still make him go with that.
17        DEBBIE MORALEZ:  Yeah, that has to go
18 through court, though.
19        OFFICER HARRISON:  Right, yes.
20        JACK ISAACS:  And even if he's a
21 danger to himself?
22        OFFICER HARRISON:  Well, that's what
23 I'm saying.  You have to --
24        JACK ISAACS:  Because he's a danger
25 to himself.

10

1        OFFICER HARRISON:  If -- if we talk
2 to him and if we feel like that it's a -- a danger
3 to himself or somebody else, then, yes, we'll take
4 him.  But if we're not getting that from him --
5        JACK ISAACS:  That's his favorite
6 word.
7        OFFICER HARRISON:  What's that?
8        JACK ISAACS:  "I'll kill myself."
9        OFFICER HARRISON:  Okay.
10        DEBBIE MORALEZ:  Yeah.
11        RUTH ISAACS:  If -- I was going to
12 ask another question like if there was several of us
13 around when he attacked his dad, that doesn't
14 matter?
15        OFFICER HARRISON:  Well, so it's --
16 it's hard for mentally ill people.
17        MARLENA DANIELS:  Yeah.
18        OFFICER HARRISON:  Because it's hard
19 to say if it's their mental illness that's affecting
20 them to do this, to be physically aggressive.
21        JACK ISAACS:  Then they changed his
22 medications, so --
23        OFFICER HARRISON:  Okay.
24        JACK ISAACS:  -- that might
25 (inaudible).

11

1        OFFICER HARRISON:  And you would hate
2 to charge somebody and -- and try to sit them in
3 jail when they need psychiatric treatment.
4        RUTH ISAACS:  Exactly.  I understand
5 that.
6        JACK ISAACS:  In the wrong place.
7        RUTH ISAACS:  Yeah.
8        JACK ISAACS:  Yeah.
9        RUTH ISAACS:  I understand that.
10        JACK ISAACS:  You're not solving a
11 problem.  You're making it worse.
12        OFFICER HARRISON:  Yes --
13        JACK ISAACS:  Yeah.
14        OFFICER HARRISON:  -- in a sense.
15        JACK ISAACS:  Because he's going to
16 go over there to MDC and beat somebody over there
17 and then get another charge.
18        OFFICER HARRISON:  Yeah.
19        JACK ISAACS:  Yeah.
20        OFFICER HARRISON:  And we
21 definitely don't --
22        JACK ISAACS:  We're -- we're hoping
23 he would go to the mental health over here.
24        OFFICER HARRISON:  Yeah.
25        JACK ISAACS:  That's where -- that's

12

1 where he usually goes.
2        OFFICER HARRISON:  If -- if
3 everything goes well, hopefully, we can convince him
4 to go.
5        MANUEL MORALEZ, JR.:  Yeah, it's --
6 he needs to be there.
7        OFFICER HARRISON:  Does he have
8 anything else mentally going on?  Does he have like
9 difficulty breathing?  Anything with heart?
10        JACK ISAACS:  No.  He's pretty
11 healthy.
12        OFFICER HARRISON:  Okay.
13        MANUEL MORALEZ, JR.:  Yeah, he's --
14 he physically is --
15        JACK ISAACS:  Just mental.
16        RUTH ISAACS:  Yeah.
17        JACK ISAACS:  Oh, yeah, he's strong
18 as a bull.
19        OFFICER HARRISON:  Um-hmm, okay.
20        JACK ISAACS:  He used to lift
21 weights, so -- you know.  And baseball player, so
22 he's pretty strong.
23        OFFICER HARRISON:  How old is he?
24        RUTH ISAACS:  40.
25        JACK ISAACS:  42.