DEFENDANT'S EXHIBIT G

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES REYNOLDS et. al.,

    Plaintiffs,

v.                                         21-cv-01157-MV-KK

ALBUQUERQUE POLICE DEPARTMENT et. al.,

    **Defendants.**

## DECLARATION OF GEORGE REIS

I, George Reis, state the following in this matter:

1.     I am the president and owner of Imaging Forensics, Inc., and in this capacity, I provide services for forensic image analysis, forensic video analysis, and forensic and technical photography.

2.     I was retained by the City of Albuquerque in January of 2022 to synchronize a specified time frame of video footage from two AXON Body 3 cameras.

3.     On January 6, 2022, I was provided with a copy of the audit trails and video footage for:

    AXON Body 3, Serial No. X60324850, Title: Axon Body 3 Video 2021-04-04 1410

    AXON Body 3, Serial No. X6031241T, Title: Axon Body 3 Video 2021-04-04 1410 _Johnson

and I was asked to synchronize footage from these videos for the timeframe of 14:26:24 – 14:31:24 hours.

4.     I synchronized the videos for the timeframe requested. To begin, I trimmed the two video files to the time frame that was requested. Next I combined the two videos into a single document, placing Officer Johnson's BWC on the top half of the video

1

window, and Officer Harrison's video on the bottom half. Then I found points within the two videos where specific actions could be clearly seen in both videos. These actions include Mr. White's foot and hand positions during the first ten seconds of the video segment; the position of Officer Johnson's arm and had 1:29 into the video segment; and the position of Officer Johnson's left hand at 5:18 into the video segment. I matched the first of these and then played the video to determine if the two videos remained in sync in each of them, which they did. I then rendered the video in the MP4 file format.

5. The video footage labeled: SynchronizedVideos.mp4 is a fair and accurate copy of the footage that I synchronized.

I certify under penalty of perjury that the foregoing is true and correct.

_____
GEORGE REIS