## Page 1

STATE OF NEW MEXICO
COUNTY OF BERNALILLO

RECORDED INTERVIEW OF DEBBIE MORALEZ
[Re: Estate of Danny White v. City]
[Debbie MoralezAttach-S1-210404_004]

April 4, 2021
5:51 p.m.
3112 Ronda De Lechusas
Albuquerque, New Mexico 87120

This RECORDED INTERVIEW was:

TAKEN BY:    NEW MEXICO STATE POLICE
             and BERNALILLO COUNTY SHERIFF'S OFFICE

TRANSCRIBED BY:   KENDRA TELLEZ, RMR-CRR-CCR
                  Kendra Tellez Court Reporting, Inc.
                  302 Silver Avenue, Southeast
                  Albuquerque, New Mexico 87102

DEFENDANT'S
EXHIBIT
H

## Page 2

1    BCSO DEPUTY: And then just to let
2  you know, this interview is going to be recorded
3  just so we can with reference it later if we need
4  to, we have any other questions. More -- more of
5  accountability. That way we can't say you told us
6  something totally different.
7    DEBBIE MORALEZ: (Inaudible).
8    NMSP AGENT: All right. So my name
9  is Agent (inaudible), State Police. (Inaudible)
10 Lopez with the Bernalillo County Sheriff's.
11    And so you understand this is a voluntary
12 statement?
13    DEBBIE MORALEZ: Yes.
14    NMSP AGENT: We just want to find
15 out, you know, what exactly happened (inaudible) you
16 guys (inaudible) if you can just run us through.
17    DEBBIE MORALEZ: Well, (inaudible)
18 and we had just finished eating. Everybody was
19 fine. Everybody was happy. Danny, who has
20 Huntington's, his dad -- so it's an air conditioning
21 thing. He wanted the air conditioner turned on a
22 week ago, and his dad has arthritis really bad. So
23 there's this battle of arthritis versus
24 Huntington's, as far as air conditioner goes. We
25 went yesterday and bought him his own personal air

## Page 3

1  conditioner, which is still in there running. And
2  his dad put it in yesterday. And so he's had his
3  air conditioner.
4    So today he was -- every time someone
5  would come in, he'd say, "Well, when did you turn
6  the air conditioner on?"
7    And they'd say, "Oh, a week ago."
8    And then he'd get all, "See, I told you."
9    And I told him, "We got you your own air
10 conditioner."
11    And then my husband, his dad, said, "Well,
12 it's not all about you."
13    And that was it. He flew off. He hit his
14 dad several times. My husband was on the floor. Me
15 and my brother were pulling him off. Even my poor
16 80-year-old mom was pulling him off.
17    And we got Manuel out of the house. And
18 he was still raging. You guys have to understand
19 that it's -- it's a mental rage. It's not an anger
20 rage.
21    NMSP AGENT: Sure.
22    DEBBIE MORALEZ: It's a mental one.
23 And there's -- they don't have control. So once
24 they start, that's it.
25    And I got him back to his room. I told

## Page 4

1  him -- he -- he tried to commit suicide before. I
2  said, you know, "We called the police. They're
3  going to take you to the hospital. You know the
4  routine. I can't talk to you for 24 hours. They'll
5  have you on a psychiatric hold. I won't get to talk
6  to you for 24 hours. As soon as that's up, they'll
7  call me and" --
8    And then he says, "I'm not going in."
9    I said, "Danny, you need help. You just
10 need -- they need to take you to get help."
11    My daughter was -- had been on the phone
12 already 30, 40 minutes. When you interview her, you
13 can find out how long it was. And we keep telling
14 them over and over, "He has Huntington's. He" --
15    You know, it's a mental thing. He's going
16 to rage. He's already raging. He's already -- I
17 took him to the doctor on the 25th of March and saw
18 a psychiatrist. We increased his medication because
19 he was -- it wasn't doom-and-gloom. He was -- you
20 know, he's talking about, "There's nothing to live
21 for," kind of thing.
22    NMSP AGENT: Okay.
23    DEBBIE MORALEZ: Doctor questioned
24 him thoroughly. You know, "Are you thinking about
25 doing anything? Are you thinking about hurting

**5**

yourself or anybody?" You know, you know how psychiatrists are.

And we got -- that was probably a two-hour psychiatric evaluation. We upped his medication, which is an antidepressant. And the Risperdal they give him because it's a neurological thing, so they have lots of movements.

And we told those policemen. We told them and told them and told them. And when that -- when they went to the room and they started talking, Danny said, "No, I'm not going. You can't take me. I don't want to talk to you."

You know, and then he was doing this.

And I told him, I said, "That's not a -- that's not aggression towards you. That's Huntington's, because all their limbs will move." And especially if they're excited, then they really don't have no control. Then they look like -- I don't know what you would call it. You see people with Parkinson's and muscular dystrophy, you know, they're kind of all over the place.

The other cop, the one that was standing in the back told the one in the front. And he said, "Okay."

Then they made me leave. I went back to

**6**

the kitchen, and they were trying to get him to come out or him to go in, and Dan -- they came out, and Danny came out and said, "No, I'm not going. You can shoot me, but I'm not going." He told the cops that.

Well, he came at the cops, and both of those two little cops tried to take him down. And he's too big. They -- he -- they couldn't handle him. And they were on him enough. I bet you it wasn't even a five-minute period. I was standing there before they made me leave.

By the time they put the handcuffs and turned him over, he was already blue. He was already blue.

NMSP AGENT: When you say Danny came at the officers --

DEBBIE MORALEZ: Yeah, he came at them.

NMSP AGENT: Right. What do you mean by that (inaudible)?

DEBBIE MORALEZ: Like if you're there, he went like that. That's as far as he got when they grabbed him.

NMSP AGENT: So he walked towards him?

**7**

DEBBIE MORALEZ: No. It was -- it was more than a walk, but it wasn't a --

NMSP AGENT: Was it aggressively?

DEBBIE MORALEZ: It wasn't as agress- --

BCSO DEPUTY: Like a lunge?

==DEBBIE MORALEZ: Yeah, like in between just moving and a real hard lunge, just in between. It wasn't like -- you know what I mean? But he came -- he did come at him. I'm not going to tell you he didn't. (Inaudible) one in the front grabbed him, and at that point that's when the wrestling startled. They -- they couldn't get him down, and he's too strong. He's 250 pounds, and he is strong.==

And for some reason, Huntington's people are stronger, muscle and physically, than they need to be, for whatever reason. Talk to God about that one.

==Anyway, they got him down. They were holding him. They were both on top of him trying to get him cuffed.== And, like I said, the -- by the time they turned him over, he was already blue. By the time they came and made me leave, his legs were already blue. I knew he was already gone.

**8**

NMSP AGENT: Do you remember if he was handcuffed at that time?

DEBBIE MORALEZ: Yeah, he was. By the time -- they handcuffed him and turned him over. By the time they handcuffed him and turned him over, he was already blue.

BCSO DEPUTY: Okay. You think that -- that whole period of time from -- I guess, so let's talk from the time that they first put hands on him to the point when you say he's turning blue so they turned him over, how -- how long of a stretch of time is that?

DEBBIE MORALEZ: Maybe five minutes.

BCSO DEPUTY: Maybe five minutes?

DEBBIE MORALEZ: Maybe five, maybe six at the most. It was -- it was not -- it was not a long period of time. That's why I couldn't understand why he was already blue. (Inaudible) the minute they got him down, he wasn't getting any air. To me, that's what it means.

BCSO DEPUTY: Okay.

DEBBIE MORALEZ: The coroner will tell me what actually happened, but . . .

Then they made me leave. They got him handcuffed. They turned him over. Before even --

9

1  they even told me to leave, they were already
2  pumping his heart.  So they already knew his heart
3  had stopped.  I mean, in that five-minute period, he
4  went from being cuffed to blue to them pumping on
5  his heart, freaking me out because I'm thinking
6  they're just handcuffing him.  And his face is blue,
7  and they're pumping on his heart.  And that's when
8  they made me leave.
9        I walked out, and two or three minutes
10 later I walked back in, they were still pumping on
11 him, and his legs were already blue.  And I went out
12 and I told my family, "He's dead.  He's dead."
13       NMSP AGENT:  When you say "pumping
14 him," do you mean CPR?
15       DEBBIE MORALEZ:  Yeah.
16       NMSP AGENT:  (Inaudible) CPR?
17       DEBBIE MORALEZ:  Yeah.
18       NMSP AGENT:  So they immediately
19 started CPR --
20       DEBBIE MORALEZ:  Yeah.
21       NMSP AGENT:  -- as soon as they
22 rolled him over?
23       DEBBIE MORALEZ:  Yep.  That was --
24 they already knew he wasn't -- he wasn't breathing.
25 I told you, his face was already blue when they

10

1  turned him over.
2        NMSP AGENT:  So at that point, the
3  cops told you to go outside?
4        DEBBIE MORALEZ:  Yeah, that was it.
5  That was a million hours ago.  He's still laying on
6  the floor.  Like not even a person.  He's just
7  laying there.  I know -- I know you guys have to do
8  what you have to do, but he's a person.
9        NMSP AGENT:  We totally understand a
10 person.  And we understand he's -- he's a son, he's
11 a brother and . . .
12       DEBBIE MORALEZ:  He's my son.
13       NMSP AGENT:  Unfortunately, we --
14       DEBBIE MORALEZ:  I've been taking
15 care of him for five years with this disease.  It's
16 an awful disease.  It's awful.  I would rather him
17 had cancer.
18       NMSP AGENT:  We are sorry for your
19 loss.
20       DEBBIE MORALEZ:  Or anything.
21 Anything but this disease.  I still have a daughter
22 over there who has it.  His sister (inaudible)
23 taking care of her for three-and-a-half years.  She
24 has it.  And they both tried to commit suicide
25 before, as a part of the disease.  That's it.  He's

11

1  dead.
2        It was just really handled so poorly.  We
3  told them and told them and told them.  My daughter
4  was on the phone.  I went out and I said, "Make sure
5  the Crisis -- you tell them the Crisis Team."
6  He's -- this house is registered.  They know he's
7  got Huntington's.  I told him, "Officer Padilla's on
8  the Crisis Team.  He's come out before."
9        His doctor is Dr. Valles.  He needs to --
10 all we need to do is get him to UNM Psychiatric.
11 They'll take care of him there.  We told them and
12 told them and told them, and nobody would listen to
13 us.  They wouldn't listen.
14       It's kind of the first time that this has
15 happened with him, you know.  He's had suicidal
16 things.  Both him and his sister have.  My daughter
17 didn't eat for 12 days.  She decided she didn't want
18 to live anymore.  It's an ugly disease.
19       NMSP AGENT:  It sounds like it.
20       DEBBIE MORALEZ:  (Inaudible).  But he
21 didn't deserve to die like that.  He didn't.
22       NMSP AGENT:  We're very sorry.  I
23 understand these questions are (inaudible) --
24       DEBBIE MORALEZ:  So my last words to
25 him were a lecture, "You're going to go to the

12

1  hospital.  You're going to be on a 24-hour hold.
2  You're going to come back.  They're going to treat
3  you.  Everything's going to be okay."
4        And in five minutes, he's dead.  Five
5  minutes.  It's not -- it's not good.  I told them
6  not to.  I told them not to.  They should have
7  brought more people.  They should have brought
8  people who could understand how to talk to him.
9  They were talking to him like policemen.  You know,
10 "You got to get out.  I got to talk to you."  It
11 doesn't work with people who have mental health
12 issues.  It doesn't.
13       My son told them and told them and told
14 them.  And they didn't listen.  And then once Danny
15 got mad and went at them, that was it.  It was done.
16 That's it.  And now I've been sitting out here for a
17 hundred hours.
18       NMSP AGENT:  Who was the one who
19 called 911?
20       DEBBIE MORALEZ:  My daughter.  I had
21 her call.  Because he -- he did, he hit my -- he hit
22 my husband.  He hit his dad.  And my husband's got
23 bumps on his -- Danny's strong.
24       NMSP AGENT:  In the past, I know you
25 guys said you've called before, and (inaudible).

13

But has he ever gotten physical with law enforcement?
        DEBBIE MORALEZ: Never.
        BCSO DEPUTY: With medical personnel?
        DEBBIE MORALEZ: Nope. Nope. They've come in. The Crisis Team comes in. They talk to him. They take his blood pressure. Da-da-da-da, you know, all that kind of stuff. And then they put him on the stretcher. He goes into the psychiatric place. They -- you know, they do their 24-hour hold. They evaluate him. They take them off all of their medication. And then they transfer him over to the -- to the psych ward. And they have to restart all the medication all over again, which is what I assumed was going to happen again.
        It's happened to both of them, many times. You know, we've had to call. I never expected that me calling to get him help was going to be the end of it. I never thought that. I never thought it for a minute. Because everyone who's ever come out has been super good. They've worked with him. They've talked to him. They've talked to Mindy.
        Well, one time Mindy, they did sedate her, but, I mean, she's -- she wasn't saying -- she was

14

saying she wasn't going to go. They got her on the stretcher and she was fighting, and they sedated her. That was the most they've ever done when they've come to get them. Because somewhere in there they know that they're sick and they need help.
        It doesn't matter anymore. He's gone.
        NMSP AGENT: I know this question may be difficult to -- to kind of describe, but as a -- a -- police officers are trying to detain him, get him handcuffed (inaudible), so was he like actively resisting them? Was he --
        DEBBIE MORALEZ: Oh, yeah. Oh, yeah, he was resisting.
        NMSP AGENT: Okay. And is he on his stomach? Is he on --
        DEBBIE MORALEZ: Yeah, they had him -- they had him facedown and both -- both of them -- one was on the -- like had his knee on his back or his butt, and the other one had his knee on the front. And one was getting this arm, and one was getting this arm. And Danny said, "Go ahead. I'm not giving you my arm. Break it." I heard him say that.
        Because they -- he was not cooperating.

15

Don't get me wrong, he was not cooperating. I'm just saying it was handled poorly. There's a different way to handle it when you have mentally ill people. The police -- the police approach doesn't work. You know, you have to do something different. It -- it was too late by then. He was -- by the time they handcuffed him and turned him over, he was already -- he was already gone.
        NMSP AGENT: (Inaudible). Are you making an -- the officer that was kind of like in the upper portion of him, you said that his knee was on his front. Did you mean his chest or on like his shoulders?
        DEBBIE MORALEZ: No, on his back.
        NMSP AGENT: Okay. (Inaudible) --
        DEBBIE MORALEZ: Yeah. So he was down here, and one had -- was -- had him here.
        NMSP AGENT: Okay. So like by the base of his --
        DEBBIE MORALEZ: Yeah.
        NMSP AGENT: Okay.
        DEBBIE MORALEZ: And the other one had his knee on his chest. So they had two knees on him. But they were too small. They couldn't handle him.

16

        BCSO DEPUTY: So one was on the lower back and one was on the upper back?
        DEBBIE MORALEZ: Yeah, with -- with full body -- you know, their knees, but full body.
        BCSO DEPUTY: Both knees or one?
        DEBBIE MORALEZ: The one in the -- I don't know about the one in the front. The one in the back, I could just see the one knee.
        BCSO DEPUTY: Okay.
        DEBBIE MORALEZ: Because I could see his foot stretched out. The one in the front, I don't know if it was one or two, because they were both struggling to get his hands, and he wasn't going to give it to them. He wasn't going to let them have it.
        And then they got him handcuffed, and they turned him over and immediately knew that something was wrong, because they started pumping on him right away. And I was all like, "What? You know, what's going on here?"
        Of course, by then I looked at him and he was blue already.
        NMSP AGENT: Do you know if Danny's disorder also causes respiratory problems --
        DEBBIE MORALEZ: No.