## Page 1

```
 1
 2
 3  STATE OF NEW MEXICO
    COUNTY OF BERNALILLO
 4
 5
 6  TRANSCRIPT OF VIDEO OF ON-BODY RECORDING DEVICE FOR
            OFFICER JOSH JOHNSON
 7       [Re:  Estate of Danny White v. City]
            [Officer Josh Johnson OBRD]
 8
              April 4, 2021
 9               2:10 p.m.
           3112 Ronda De Lechusas
10       Albuquerque, New Mexico  87120
11
    This OBRD VIDEO RECORDING was:
12
    TAKEN BY:  OFFICER JOSH JOHNSON,
13             ALBUQUERQUE POLICE DEPARTMENT
14  TRANSCRIBED BY:  KENDRA TELLEZ, RMR-CRR-CCR
                     Kendra Tellez Court Reporting, Inc.
15                   302 Silver Avenue, Southeast
                     Albuquerque, New Mexico 87102
16
17
18
19            DEFENDANT'S
20             EXHIBIT
21               E1
22
23
24
25
```

## Page 2

 1        OFFICER JOHNSON:  (Inaudible) family
 2  out here.  Oh.  There's 1, 2, 3, 4.  Yep.
 3        Hi, guys.
 4        MANUEL MORALEZ, JR.:  How's it going?
 5        OFFICER JOHNSON:  Good.  Are you
 6  okay?
 7        MANUEL MORALEZ, JR.:  Yeah.  Yeah,
 8  it's my dad.  He was attacked.
 9        OFFICER JOHNSON:  Okay.  If I can
10  talk to him first.
11        MANUEL MORALEZ, JR.:  Yeah.
12        OFFICER JOHNSON:  Yeah, you can hang
13  out.
14        MANUEL MORALEZ, SR.:  Let me get a
15  facemask real quick.
16        OFFICER JOHNSON:  Okay.  Go --
17        MANUEL MORALEZ, SR.:  (Inaudible).
18        MANUEL MORALEZ, JR.:  No, sir.
19  (Inaudible).  We (inaudible) -- we were just trying
20  not to be in the house.
21        OFFICER HARRISON:  No, no, that's
22  fine.  That's fine.
23        OFFICER JOHNSON:  We -- we appreciate
24  that.
25        MANUEL MORALEZ, JR.:  And

## Page 3

 1  hopefully -- he's my brother, so . . .
 2        OFFICER JOHNSON:  Did anybody see
 3  it -- see what happened?
 4        MANUEL MORALEZ, JR.:  Yeah.
 5        OFFICER HARRISON:  You did?
 6        MARLENA DANIELS:  We were eating.
 7        OFFICER JOHNSON:  Real quick, before
 8  you say, was anybody else in there?
 9        MARLENA DANIELS:  We were all in
10  there.
11        OFFICER JOHNSON:  So you --
12        JACK ISAACS:  I helped settle him
13  down (inaudible).
14        OFFICER JOHNSON:  It's okay.  So you
15  guys -- did you guys all see --
16        JACK ISAACS:  Yeah.
17        OFFICER JOHNSON:  -- him get upset?
18        JACK ISAACS:  Yeah.
19        ==OFFICER JOHNSON:  I'd like to talk to==
20  ==you guys separately then.==
21        ==MANUEL MORALEZ, JR.:  So that's the==
22  ==only reason I'm -- I wanted to talk to you guys real==
23  ==quick, is just to get that out right away.  He has==
24  ==Huntington's.  It comes with a lot of baggage.  He==
25  ==is hyperaggressive.==

## Page 4

 1        ==OFFICER JOHNSON:  I'm not familiar==
 2  ==with that one.==
 3        ==MANUEL MORALEZ, JR.:  Yeah, so it's a==
 4  ==disorder in your -- it messes with your nerves.==
 5        OFFICER HARRISON:  Um-hmm.
 6        OFFICER JOHNSON:  But after that
 7  comes -- it starts -- when it gets to your brain,
 8  he's going to be --
 9        DEBBIE MORALEZ:  You want this?
10        MANUEL MORALEZ, JR.:  I'm -- I'm okay
11  if (inaudible).
12        OFFICER HARRISON:  Any weapons
13  inside?
14        MANUEL MORALEZ, JR.:  No.  They
15  should -- we should -- no.
16        OFFICER HARRISON:  Okay.
17        MANUEL MORALEZ, JR.:  We -- we --
18  we're pretty good (inaudible).
19        DEBBIE MORALEZ:  Oh, no.
20  Everything's locked up.
21        OFFICER HARRISON:  Okay.
22        MANUEL MORALEZ, JR.:  I just wanted
23  to put that out, so you guys --
24        OFFICER HARRISON:  We appreciate it.
25  Thank you.

**Page 5**

1  OFFICER JOHNSON: Thank you.
2  OFFICER HARRISON: Watch yourself
3  (inaudible).
4  MANUEL MORALEZ, JR.: And preferably,
5  I have a feeling he's -- he's --
6  DEBBIE MORALEZ: He's not going to
7  want to go.
8  MANUEL MORALEZ, JR.: I know. He's
9  going to be aggressive. That's why I'm trying to --
10 if I can help (inaudible). I don't know.
11 OFFICER HARRISON: Is he usually
12 pretty good with you?
13 MANUEL MORALEZ, JR.: Yeah, that's
14 what I'm -- if I need to help or talk, I would
15 prefer to at least try --
16 DEBBIE MORALEZ: Usually, today not
17 me.
18 OFFICER JOHNSON: Are you dad?
19 MANUEL MORALEZ, SR.: (Inaudible).
20 OFFICER JOHNSON: Okay.
21 MANUEL MORALEZ, JR.: Yeah, I would
22 say --
23 MARLENA DANIELS: It's usually my
24 mom.
25 MANUEL MORALEZ, JR.: It's usually

**Page 6**

1  mom.
2  OFFICER HARRISON: That calms him
3  down?
4  DEBBIE MORALEZ: (Inaudible) take him
5  to the hospital?
6  MANUEL MORALEZ, SR.: No.
7  MARLENA DANIELS: But today there was
8  none of that.
9  MANUEL MORALEZ, JR.: And I'll let
10 you talk to whoever --
11 OFFICER JOHNSON: Where -- where are
12 your injuries, sir? What -- what did he -- what did
13 he do to you?
14 MANUEL MORALEZ, SR.: (Inaudible) my
15 head.
16 OFFICER JOHNSON: Where did he hit
17 you?
18 MANUEL MORALEZ, SR.: Right --
19 DEBBIE MORALEZ: Oh, he pounced on
20 me.
21 MANUEL MORALEZ, SR.: I didn't -- I
22 didn't even get a chance to get out of the chair.
23 OFFICER JOHNSON: I can -- I can see
24 a (inaudible) bump right there.
25 MANUEL MORALEZ, SR.: He -- he -- the

**Page 7**

1  thing about people with Huntington's, they're very
2  aggressive.
3  OFFICER JOHNSON: Uh-huh.
4  MANUEL MORALEZ, SR.: That's why I'm
5  surprised they didn't send the Crisis Unit out.
6  OFFICER JOHNSON: They had -- they
7  asked for them.
8  MANUEL MORALEZ, SR.: Because Officer
9  Padilla, they already know him. A matter of fact,
10 one of the officers went to school with him, so --
11 OFFICER JOHNSON: Okay.
12 DEBBIE MORALEZ: But he's going to
13 have to be taken in to the UNM psychiatric place.
14 OFFICER JOHNSON: Okay. There's a --
15 there's a lot of you guys, and I'm going to have to
16 talk to just about everybody. I'm going to start
17 with dad, and we'll -- we'll go through. Okay?
18 Which -- what did he hit you with?
19 MANUEL MORALEZ, SR.: His fist.
20 OFFICER JOHNSON: His fist? Which --
21 which hand was it?
22 MANUEL MORALEZ, SR.: I'm assuming it
23 was the right.
24 OFFICER JOHNSON: Right?
25 MANUEL MORALEZ, SR.: It happened so

**Page 8**

1  fast. He -- he was upset about the air conditioner.
2  We put in an air conditioner in his room. I was at
3  it all day yesterday. Anyway --
4  OFFICER JOHNSON: Did you say -- was
5  the hand opened or closed?
6  MANUEL MORALEZ, SR.: Closed.
7  OFFICER JOHNSON: Closed fist?
8  MANUEL MORALEZ, SR.: This ain't the
9  first time he's attacked me. This is the fifth
10 time.
11 OFFICER JOHNSON: How many -- how
12 many times did he hit you?
13 MANUEL MORALEZ, SR.: Probably about
14 three times.
15 OFFICER JOHNSON: In the same spot,
16 to the head?
17 MANUEL MORALEZ, SR.: Yes.
18 OFFICER JOHNSON: And this is all
19 over AC?
20 MANUEL MORALEZ, SR.: Over AC.
21 OFFICER JOHNSON: But because of his
22 behavioral health issues, this is kind of how that
23 manifests?
24 MANUEL MORALEZ, SR.: Oh, it's bad.
25 OFFICER JOHNSON: Okay. Which --

9

1   MANUEL MORALEZ, SR.: If -- if you're
2 not familiar with Huntington's, it's -- it's bad.
3   OFFICER JOHNSON: Which hospital do
4 you guys use?
5   MANUEL MORALEZ, SR.: UNM.
6   OFFICER JOHNSON: UNM.
7   MANUEL MORALEZ, SR.: For him. The
8 Huntington's clinic is there. His doctor is there.
9   OFFICER JOHNSON: Huh?
10   MANUEL MORALEZ, SR.: I said his
11 doctor is there.
12   OFFICER JOHNSON: Okay.
13   MANUEL MORALEZ, SR.: I am going to
14 file charges.
15   OFFICER JOHNSON: Okay. All right.
16   MANUEL MORALEZ, SR.: I'm not -- I'm
17 not going to put up with this.
18   OFFICER JOHNSON: All right. Would
19 you like to -- would you like to evict him?
20   MANUEL MORALEZ, SR.: Yeah, I
21 don't -- I don't want to -- that's -- that's his
22 mom. It's up to her, but I -- I don't want to have
23 anything to do with him anymore. I'm done.
24   OFFICER JOHNSON: Well, if
25 (inaudible) --

10

1   MANUEL MORALEZ, SR.: I'm his
2 stepfather.
3   OFFICER JOHNSON: Gotcha, okay.
4 Well, I mean --
5   MANUEL MORALEZ, SR.: I've had him
6 for 40 years.
7   OFFICER JOHNSON: Yikes.
8   MANUEL MORALEZ, SR.: So he's my son,
9 irregardless.
10   OFFICER JOHNSON: Yeah, I gotcha. It
11 sounds like -- it sounds like you guys should
12 probably think about getting -- getting him a
13 long-term placement.
14   MANUEL MORALEZ, SR.: We've thought
15 about that, but with the COVID and all that, nobody
16 would take him.
17   OFFICER JOHNSON: Oh, okay.
18   MANUEL MORALEZ, SR.: And if they do
19 take him, they're going to keep him sedated the rest
20 of his life.
21   OFFICER JOHNSON: I don't know about
22 that.
23   MANUEL MORALEZ, SR.: They will, in
24 order to keep him calm.
25   OFFICER JOHNSON: Okay.

11

1   MANUEL MORALEZ, SR.: Because he's
2 going to want his own personal TV. He's going to
3 want the room colder than crap. That's just the way
4 people with Huntington's are.
5   OFFICER JOHNSON: Okay.
6   MANUEL MORALEZ, SR.: It's all about
7 them.
8   OFFICER JOHNSON: Okay. All right.
9 Did anybody else get hurt or any -- any other
10 property damaged?
11   MANUEL MORALEZ, SR.: Just, just me.
12 I don't know, I left. My grandson (inaudible).
13   OFFICER JOHNSON: As soon -- as soon
14 as it happened, what'd you do?
15   MANUEL MORALEZ, SR.: I came outside.
16   OFFICER JOHNSON: Okay. And he's
17 still inside?
18   MANUEL MORALEZ, SR.: Because it will
19 make it worse.
20   OFFICER JOHNSON: Yeah.
21   MANUEL MORALEZ, SR.: Oh, you guys
22 are not going to have it easy. As a matter of fact,
23 you're probably going to have to call the paramedics
24 so they can sedate him.
25   OFFICER JOHNSON: Okay.

12

1   MANUEL MORALEZ, SR.: I'm serious.
2 You're -- you're --
3   OFFICER JOHNSON: All right. Do you
4 have your ID while we're talking?
5   MANUEL MORALEZ, SR.: No. It's in
6 the house.
7   OFFICER JOHNSON: It's okay.
8   MANUEL MORALEZ, SR.: I can -- I can
9 have him -- somebody get it for me.
10   OFFICER JOHNSON: No, that's fine.
11 You guys have had prior police contact, right?
12   MANUEL MORALEZ, SR.: Oh --
13   OFFICER JOHNSON: I'm sure I can find
14 it.
15   MANUEL MORALEZ, SR.: I can give you
16 all the information --
17   OFFICER JOHNSON: Sure.
18   MANUEL MORALEZ, SR.: -- from my
19 driver's license.
20   OFFICER JOHNSON: Yeah, what's
21 your -- do you know your number?
22   MANUEL MORALEZ, SR.: Of course I do.
23   OFFICER JOHNSON: What is it?
24   MANUEL MORALEZ, SR.: [redacted]
25   OFFICER JOHNSON: And your name, sir?

---

13

1  MANUEL MORALEZ, SR.: Manuel Moralez,
2  M-O-R-A-L-E-Z.
3  OFFICER JOHNSON: And M-O-R?
4  MANUEL MORALEZ, SR.: A-L-E-Z.
5  OFFICER JOHNSON: Okay. Birth date?
6  MANUEL MORALEZ, SR.: ▓▓▓/55.
7  OFFICER JOHNSON: And a good contact
8  phone number?
9  MANUEL MORALEZ, SR.: ▓▓▓▓▓▓▓.
10  As a matter of fact, you guys probably have it on
11  record.
12  OFFICER JOHNSON: Okay. And who else
13  is in the room when this happened?
14  MANUEL MORALEZ, SR.: All of us,
15  except my son in the Cannons -- because they got a
16  baseball tournament going on at the new facility.
17  OFFICER JOHNSON: Uh-huh.
18  MANUEL MORALEZ, SR.: They just
19  happened to drive up, and I called him and told him
20  not to let the kids go inside the house, take them
21  to the side. They're little.
22  OFFICER JOHNSON: Okay.
23  MANUEL MORALEZ, SR.: Little kids
24  don't need to see this.
25  OFFICER JOHNSON: Sure. Yeah, and --

14

1  and where are those kids at?
2  MANUEL MORALEZ, SR.: They're in the
3  backyard -- in the backyard.
4  OFFICER JOHNSON: Okay.
5  MANUEL MORALEZ, SR.: I told them to
6  stay there for a while.
7  OFFICER JOHNSON: Okay. All right.
8  Where's he at in the room right now?
9  MANUEL MORALEZ, SR.: I'm assuming
10  he's in the living room.
11  Dear?
12  I'm assuming he's in the living room or in
13  his room.
14  But where is he at now?
15  DEBBIE MORALEZ: He's in his room.
16  MANUEL MORALEZ, SR.: He's in his
17  room.
18  DEBBIE MORALEZ: With the door
19  closed.
20  OFFICER JOHNSON: Okay.
21  DEBBIE MORALEZ: I've tried to tell
22  him that he's going to have to go to the hospital,
23  that he needs more help. But he said he's not going
24  and he'd kill himself. That's all he'll tell me.
25  And I've left him alone.

15

1  OFFICER JOHNSON: So I was just
2  asking him: Where does this leave you guys? Are
3  you -- are you guys going to want him evicted? Do
4  you want a restraining order?
5  DEBBIE MORALEZ: What am I going to
6  do with him? He doesn't have nowhere to go.
7  OFFICER JOHNSON: I'm not sure.
8  DEBBIE MORALEZ: If he doesn't go to
9  the hospital.
10  OFFICER JOHNSON: The hospital, no
11  matter what it is, is going to be a temporary
12  solution.
13  DEBBIE MORALEZ: I know. But at
14  least the doctors can then adjust medication or --
15  OFFICER JOHNSON: Sure.
16  DEBBIE MORALEZ: -- treat him again.
17  MANUEL MORALEZ, SR.: And --
18  DEBBIE MORALEZ: I just saw his
19  doctor last -- this last week.
20  OFFICER JOHNSON: Uh-huh.
21  DEBBIE MORALEZ: And they upped his
22  medication because of the suicide and the -- those
23  thoughts. And he didn't think he was in danger
24  because he wasn't having the thoughts like daily.
25  But he has -- was having enough that the

16

1  psychiatrist said, "No. We're going to up your
2  medication."
3  So they upped the sertraline, which is
4  like the Zoloft, and then they upped the Risperdal.
5  OFFICER JOHNSON: What -- what did he
6  say that was suicidal?
7  DEBBIE MORALEZ: "I'm going to kill
8  myself."
9  OFFICER JOHNSON: Did he give a
10  method?
11  DEBBIE MORALEZ: No.
12  MANUEL MORALEZ, SR.: He's already
13  tried suicide.
14  OFFICER JOHNSON: How did he do it
15  last time?
16  MANUEL MORALEZ, SR.: Knife.
17  DEBBIE MORALEZ: With a knife.
18  OFFICER JOHNSON: Okay. And does --
19  you don't know if he -- he may have gotten a knife
20  and (inaudible) --
21  DEBBIE MORALEZ: No. Everything is
22  locked up.
23  MANUEL MORALEZ, SR.: No. Everything
24  is locked up. I put in cabinets. I locked
25  everything up, matter of fact.

17

1  DEBBIE MORALEZ:  There's nothing for
2  him to get to right now.  The medicines and the
3  knives and everything are locked up, and we don't
4  have guns and shit.
5       OFFICER JOHNSON:  Did he make any
6  statements or harm anyone else besides dad?
7       DEBBIE MORALEZ:  Oh, he's going to --
8  he's gonna hurt him.
9       MANUEL MORALEZ, SR.:  He already told
10 me he was going to kill me.
11      OFFICER JOHNSON:  He said he was
12 going to kill you?  This is today, right?
13      MANUEL MORALEZ, SR.:  Yes.
14      DEBBIE MORALEZ:  Yep.
15      OFFICER JOHNSON:  All right.  And how
16 did he say it?  If you can give me (inaudible)
17 words.
18      MANUEL MORALEZ, SR.:  He came at me.
19      DEBBIE MORALEZ:  It was -- it was in
20 a rage.
21      MANUEL MORALEZ, SR.:  And it happened
22 so fast and (inaudible).
23      DEBBIE MORALEZ:  It -- it was in a
24 rage, and he's going to kill him.  He was calling
25 him names.

18

1  Did you get a bug?
2       OFFICER JOHNSON:  Something's
3  (inaudible) me.
4       Okay.  All right.  Well, I think -- I
5  think I -- just from talking to you, I think I -- I
6  think I have enough information.  We'll go over
7  there and talk to him and see if we can't take him
8  to UNM.
9       MANUEL MORALEZ, SR.:  If he locks the
10 door, you know where the key is.  It's in the
11 furnace.
12      DEBBIE MORALEZ:  Well, all
13 (inaudible).
14      OFFICER JOHNSON:  Is she going to
15 give me the key?
16      MANUEL MORALEZ, SR.:  It's just one
17 of those -- it's just a (inaudible).
18      OFFICER JOHNSON:  Oh, a little -- a
19 little poker thing?
20      MANUEL MORALEZ, SR.:  Yeah.
21      OFFICER JOHNSON:  All right.
22      (Background conversations.)
23      OFFICER HARRISON:  If the family
24 wants to press charges, then that's totally up to
25 him.  You know, if he feels like he doesn't and he

19

1  wants his son to get help --
2       RUTH ISAACS:  Yeah.
3       (Background conversations.)
4       OFFICER HARRISON:  -- I would never
5  tell anybody what to do in regards to family.  We're
6  just here to help and try to facilitate --
7       JACK ISAACS:  Yeah.
8       OFFICER HARRISON:  -- and try to help
9  the best we can.
10      RUTH ISAACS:  We really appreciate
11 you guys.
12      OFFICER HARRISON:  Um-hmm.
13      RUTH ISAACS:  Not just for this, but
14 always.  Because I know you guys are out there
15 fighting with people all day.
16      JACK ISAACS:  You know what I'm
17 saying -- you know what I'm saying, a person
18 charges, then they would have to go through the
19 jail, and then that -- that's -- might even make it
20 worse for --
21      OFFICER HARRISON:  Right.
22      JACK ISAACS:  -- the jailers and the
23 people that are over there.
24      DEBBIE MORALEZ:  Okay.  You want to
25 try?

20

1       OFFICER JOHNSON:  Yeah.  I'm good
2  with this statement.  I don't need to talk to
3  anybody else.
4       OFFICER HARRISON:  Okay.  Brother
5  just went inside to check on sister.
6       OFFICER JOHNSON:  Okay.
7       DEBBIE MORALEZ:  (Inaudible) I have
8  him in the back door.  I also have another
9  (inaudible) -- I have another daughter that has
10 Huntington's.
11      OFFICER HARRISON:  Yeah, yeah.  Your
12 brother told -- I mean, your son told me, yes,
13 ma'am.
14      DEBBIE MORALEZ:  And she's -- she's
15 in a separate room.
16      OFFICER JOHNSON:  Police department.
17      DEBBIE MORALEZ:  I have him in here.
18      (Knocking on door.)
19      OFFICER HARRISON:  Ma'am.
20      OFFICER JOHNSON:  Ma'am, ma'am, what
21 are you doing?
22      OFFICER HARRISON:  Ma'am.
23      OFFICER JOHNSON:  I just needed to
24 know where the room was at.
25      DEBBIE MORALEZ:  Oh, I was going to

**Page 21**

1  tell him you're here.
2        OFFICER HARRISON: No, (inaudible) --
3        OFFICER JOHNSON: No, I'll
4  (inaudible) -- you can step away now. Thank you.
5        DEBBIE MORALEZ: I wanted to tell him
6  you're here.
7        OFFICER JOHNSON: Okay.
8        OFFICER HARRISON: Thank you. We
9  appreciate it.
10       OFFICER JOHNSON: Hello. I'm Officer
11 Johnson, Albuquerque Police Department. How are
12 you?
13       DANNY WHITE: Good.
14       OFFICER HARRISON: (Inaudible).
15       OFFICER JOHNSON: Can we come in and
16 talk to you?
17       DANNY WHITE: No.
18       OFFICER JOHNSON: Will you come out
19 here and talk to us?
20       DANNY WHITE: No.
21       OFFICER JOHNSON: Okay. (Inaudible)
22 I have the 10-15 charges, so I can -- I can force
23 transport.
24       OFFICER HARRISON: Okay.
25       OFFICER JOHNSON: I'm going to try

**Page 22**

1  and talk to him, but just -- just so you know where
2  I'm at, he's going no matter what.
3        OFFICER HARRISON: Okay.
4        OFFICER JOHNSON: Is it Justin?
5        DEBBIE MORALEZ: Danny.
6        OFFICER JOHNSON: Danny.
7  Danny, I'm going to step in. Okay? All
8  right? Just so I -- I don't want to be so far away
9  from you. Do you have any weapons on you, Danny?
10       DANNY WHITE: Yeah.
11       OFFICER JOHNSON: What do you have?
12       DANNY WHITE: Gun.
13       OFFICER JOHNSON: Where's the gun at?
14       DANNY WHITE: You guys enter, I'll
15 shoot.
16       OFFICER JOHNSON: Huh?
17       DANNY WHITE: If you come in here,
18 I'll shoot.
19       OFFICER JOHNSON: Dan -- Danny -- oh,
20 boy. Danny, I'm going to step back. Okay? You're
21 making me nervous with your movements. Are you
22 willing to go to the hospital with me today?
23       DANNY WHITE: No.
24       OFFICER JOHNSON: Can you tell me why
25 not?

**Page 23**

1        DANNY WHITE: (Inaudible) need to go.
2        OFFICER HARRISON: She said his
3  erratic movement is due to Huntington's also.
4        OFFICER JOHNSON: I figured as much.
5  Danny, would it be okay if I turn this off
6  while we're talking?
7        DANNY WHITE: No.
8        OFFICER JOHNSON: Can I turn this off
9  while we're talking?
10       DANNY WHITE: No.
11       OFFICER JOHNSON: No? Can you tell
12 me what happened today?
13       DANNY WHITE: (Inaudible). I can't
14 believe he fucking called the cops.
15       OFFICER JOHNSON: Well, he's just
16 worried.
17       DANNY WHITE: He's an asshole. He's
18 an asshole.
19       OFFICER JOHNSON: He's just worried,
20 man.
21       DANNY WHITE: Call the cops on me
22 (inaudible).
23       OFFICER JOHNSON: I'd be worried,
24 too, the way you're acting.
25       DANNY WHITE: You're a fucking

**Page 24**

1  asshole.
2        OFFICER JOHNSON: Is that -- is that
3  your dad?
4        DANNY WHITE: Yeah.
5        OFFICER JOHNSON: I'll be -- I'll be
6  hands free, if you can be less lethal.
7        DANNY WHITE: (Inaudible) fucking
8  asshole. (Inaudible) no fucking cops. You fucking
9  piece of shit.
10       OFFICER JOHNSON: Listen. Danny --
11 Can everybody just step away from the
12 hallway, please.
13       DANNY WHITE: I'm not going without
14 you guys killing me.
15       OFFICER JOHNSON: Danny.
16       DANNY WHITE: This is suicidal.
17       OFFICER HARRISON: Hey, Danny, that
18 real quick, just to interrupt just for a minute. We
19 would really like to talk to you, and we're going to
20 treat you with all the respect that you're due. But
21 we can't hardly talk to you with the TV on. So can
22 I turn it down just a little bit?
23       DANNY WHITE: No.
24       OFFICER JOHNSON: Just a little bit,
25 Danny?

25

1  DANNY WHITE: No.
2  OFFICER JOHNSON: I -- I won't turn
3  it off.
4  DANNY WHITE: Hey, this is my
5  favorite movie ever. If you guys (inaudible) --
6  OFFICER JOHNSON: That's why I said I
7  won't turn it off.
8  DANNY WHITE: -- (inaudible).
9  OFFICER JOHNSON: Frank 614, PD.
10  DANNY WHITE: The only way I'm going
11  to the hospital or --
12  OFFICER JOHNSON: I'm trying to get
13  verbal compliance with the subject.
14  DANNY WHITE: -- is if you guys kill
15  me.
16  OFFICER JOHNSON: He is very
17  aggressive.
18  OFFICER HARRISON: No, we don't want
19  to hurt you, buddy.
20  DANNY WHITE: You have to. Because
21  I'm --
22  OFFICER JOHNSON: He's saying that
23  he's (inaudible) to go with a (inaudible). Just put
24  a note on the CAD --
25  DANNY WHITE: -- you're not getting

26

1  me out of this chair.
2  OFFICER JOHNSON: -- I'm still
3  talking to him.
4  DANNY WHITE: You're not getting me
5  out of this chair.
6  OFFICER JOHNSON: I do have
7  misdemeanor 10-15 (inaudible).
8  DANNY WHITE: I'm a lot stronger than
9  both of you motherfuckers.
10  OFFICER JOHNSON: Danny, we don't
11  want -- we don't want to fight.
12  DANNY WHITE: Exactly. I don't
13  either.
14  OFFICER JOHNSON: Okay. But right --
15  right now, we have to deal with what happened today.
16  I'd love to hear your side of the story, though.
17  DANNY WHITE: You're not getting it.
18  OFFICER JOHNSON: Is there a reason
19  why not?
20  DANNY WHITE: Not getting it.
21  OFFICER JOHNSON: Have you had a lot
22  of police contact before?
23  Your -- your parents are telling me that
24  you know Officer Padilla with the Crisis Unit.
25  DANNY WHITE: (Inaudible) don't care.

27

1  I'm not going anywhere. You're going to have to
2  kill me.
3  OFFICER JOHNSON: Danny, nobody --
4  nobody wants to kill you, okay? But what we do --
5  DANNY WHITE: I'm not -- you're not
6  taking me.
7  OFFICER JOHNSON: But we do want to
8  get you some help.
9  DANNY WHITE: I'm not leaving this
10  chair.
11  OFFICER JOHNSON: Danny, are you
12  taking your medication?
13  DANNY WHITE: Yep.
14  OFFICER JOHNSON: Can you tell me
15  what that is?
16  DANNY WHITE: (Inaudible).
17  OFFICER JOHNSON: I'm only asking
18  just because I'm trying to figure out how we can
19  best help you. Do you have a favorite hospital you
20  like to go to?
21  DANNY WHITE: I'm not going.
22  OFFICER JOHNSON: You're not going?
23  DANNY WHITE: I'm not going.
24  OFFICER JOHNSON: Danny, it's really
25  hard to hear you with this TV on.

28

1  DANNY WHITE: I'm not leaving.
2  Take me.
3  OFFICER JOHNSON: I'm -- I'm going to
4  try and (inaudible) --
5  OFFICER HARRISON: Take you where,
6  Danny?
7  DANNY WHITE: See what happens.
8  (Inaudible).
9  OFFICER JOHNSON: Danny.
10  DANNY WHITE: (Inaudible) what the
11  fuck happens.
12  OFFICER JOHNSON: Danny.
13  DANNY WHITE: I'll kick the shit out
14  of both of you.
15  OFFICER HARRISON: Danny.
16  OFFICER JOHNSON: Danny, we don't --
17  DANNY WHITE: I'm capable. All
18  right?
19  OFFICER HARRISON: We're sure you are.
20  DANNY WHITE: I'm capable.
21  OFFICER HARRISON: Danny, we don't
22  want to hurt you and --
23  DANNY WHITE: Exactly.
24  OFFICER JOHNSON: -- we don't want
25  you to hurt us. Okay?

29

1  DANNY WHITE: Exactly. Then leave.
2  OFFICER JOHNSON: So --
3  DANNY WHITE: Don't say another word.
4  Leave.
5  OFFICER HARRISON: We can't leave.
6  DANNY WHITE: Don't say another word.
7  OFFICER HARRISON: We can't --
8  DANNY WHITE: Leave.
9  OFFICER HARRISON: We can't leave,
10 sir.
11 DANNY WHITE: Don't say another word.
12 Leave.
13 OFFICER HARRISON: So --
14 DANNY WHITE: I'm not.
15 OFFICER HARRISON: If you let me
16 explain, I'll let you know why we can't leave.
17 Okay? Again, I'm not trying to be rude or
18 disrespectful to you, I'm just here trying to help.
19 Okay?
20      So your parents called because they're
21 concerned about you and think you need to go to the
22 doctor to see about your medication and talk to
23 somebody about what's going on with you.
24 DANNY WHITE: I'm not going
25 (inaudible).

30

1      (Inaudible Dispatch communications.)
2  OFFICER JOHNSON: Go ahead, Sarge.
3  DANNY WHITE: Go ahead, get me out of
4  this (inaudible) fucking take guns.
5  OFFICER JOHNSON: Calling Frank 614?
6  DANNY WHITE: I'm done. I'm
7  (inaudible). This is how it's going to fucking play
8  out.
9      OFFICER HARRISON: I think he's going
10 to (inaudible).
11 DANNY WHITE: You're going to have to
12 fucking kill me.
13 SERGEANT: (Via radio). Is that
14 individual just really 39? Is he presenting any
15 sort of threat towards 34s or anybody else?
16 (Inaudible).
17 DANNY WHITE: Exactly.
18     (Inaudible background conversation.)
19 OFFICER JOHNSON: Yes, towards other
20 individuals in the house. He is very animated with
21 his fists, extreme bouts of rage sudden. He's
22 staying seated, but he -- if he stands up, it's
23 going to be a fight.
24 OFFICER HARRISON: I'm sorry?
25 DANNY WHITE: I said you're

31

1  interrupting my movie. Get the fuck out. I don't
2  want you --
3  OFFICER HARRISON: I'm not being --
4  DANNY WHITE: -- in my room.
5  OFFICER HARRISON: I'm not being rude
6  to you, sir.
7  DANNY WHITE: Leave.
8  OFFICER HARRISON: I'm --
9  DANNY WHITE: Get.
10 OFFICER HARRISON: I can't leave right
11 now.
12 DANNY WHITE: Leave. You guys are
13 fucking pissing me the fuck off, man.
14 OFFICER JOHNSON: (Inaudible). Get
15 your Taser. I'll be (inaudible).
16 DANNY WHITE: Yeah, exactly. Pull
17 your gun out. Fucking shoot me.
18 OFFICER JOHNSON: Hey, no, Danny.
19 OFFICER HARRISON: I'm not going to
20 shoot you.
21 DANNY WHITE: That's what it's going
22 to fucking take. Leave.
23 OFFICER HARRISON: I'm not going to
24 shoot you.
25 OFFICER JOHNSON: Danny.

32

1  DANNY WHITE: Either fucking leave or
2  shoot.
3  OFFICER JOHNSON: Danny.
4  DANNY WHITE: Leave or shoot.
5  OFFICER JOHNSON: We don't want that.
6  DANNY WHITE: I'm giving you the
7  opportunity to fucking leave or shoot.
8  OFFICER HARRISON: Danny.
9  OFFICER JOHNSON: We don't want that.
10 DANNY WHITE: Exactly.
11 OFFICER HARRISON: Stop.
12 DANNY WHITE: Exactly.
13 OFFICER HARRISON: Stop, Danny.
14 DANNY WHITE: Shoot me.
15 OFFICER HARRISON: I don't want to
16 Tase you, Danny, but --
17 DANNY WHITE: Shoot me.
18 OFFICER JOHNSON: He's trying to
19 (inaudible), PD.
20 OFFICER HARRISON: Danny.
21 DANNY WHITE: Shoot me, motherfucker.
22 OFFICER HARRISON: Go back in your
23 room and have a seat, Danny.
24 DANNY WHITE: Exactly.
25 OFFICER HARRISON: Okay. Go back in

**33**

1  your room and have a seat.  Okay?
2          DANNY WHITE:  No.
3          OFFICER JOHNSON:  Will you go sit
4  down, please.
5          DANNY WHITE:  No.
6          OFFICER JOHNSON:  Danny, we're trying
7  to be nice here.
8          DANNY WHITE:  I'm not -- you're not
9  being nice.
10         OFFICER JOHNSON:  I'm talking as
11 calmly as --
12         DANNY WHITE:  If you were being nice,
13 you wouldn't have fucking showed up.  I'm not
14 fucking going with you.
15         OFFICER JOHNSON:  We --
16         OFFICER HARRISON:  Okay.
17         OFFICER JOHNSON:  We need to take
18 you.
19         DANNY WHITE:  (Inaudible).
20         OFFICER JOHNSON:  Yeah, we have to --
21         OFFICER HARRISON:  (Inaudible) that's
22 fine.
23         DANNY WHITE:  I'm not moving.
24         OFFICER HARRISON:  Okay.  Okay.
25 That's fine.

**34**

1          DANNY WHITE:  I'm not fucking going
2  with you guys.
3          OFFICER HARRISON:  Okay.  You're
4  missing your favorite movie.
5          DANNY WHITE:  I'm not fucking going
6  with you guys.
7          OFFICER HARRISON:  Okay.  Danny,
8  that's fine.
9          DANNY WHITE:  Exactly.
10         OFFICER HARRISON:  Okay.
11         DANNY WHITE:  I won't fucking -- I'm
12 an adult --
13         OFFICER JOHNSON:  Danny.
14         DANNY WHITE:  -- that makes my own
15 fucking decisions and --
16         OFFICER HARRISON:  (Inaudible).
17         DANNY WHITE:  -- fuck you guys.
18         OFFICER HARRISON:  Danny, why don't
19 you --
20         DANNY WHITE:  Fuck you.
21         OFFICER HARRISON:  Okay.
22         DANNY WHITE:  Fuck you.  Shoot me,
23 motherfucker.
24         OFFICER JOHNSON:  Danny, we don't
25 want to do that.

**35**

1          DANNY WHITE:  Shoot me.  Go ahead and
2  do it.  I don't give a fuck.
3          OFFICER HARRISON:  Danny.
4          DANNY WHITE:  Shoot me.
5          OFFICER HARRISON:  Danny.
6          DANNY WHITE:  Shoot me.
7          OFFICER HARRISON:  (Inaudible),
8  Danny.
9          DANNY WHITE:  Shoot me.
10         OFFICER HARRISON:  I'm not going to
11 Tase you, Danny.
12         DANNY WHITE:  Shoot me.
13         OFFICER JOHNSON:  Danny, calm down.
14      Danny, stop it.
15         DANNY WHITE:  Fuck you, motherfucker.
16         OFFICER HARRISON:  (Inaudible) your
17 belly.
18         DANNY WHITE:  Fuck you.
19         OFFICER HARRISON:  Danny -- Danny, go
20 to your belly.
21      Danny, you need to go to your belly.
22         OFFICER JOHNSON:  Hands, Danny.
23 Hands behind your back.
24         DANNY WHITE:  I'm not going anywhere.
25 Anywhere.

**36**

1          OFFICER HARRISON:  (Inaudible).
2          OFFICER JOHNSON:  Watch your mic.
3          DANNY WHITE:  Break it.  Go fucking
4  ahead.
5          OFFICER HARRISON:  Danny, stop it.
6          OFFICER JOHNSON:  Danny, stop
7  fighting, please.
8       Danny, we need you to cooperate.
9          OFFICER HARRISON:  Watch your arm so
10 he don't (inaudible).
11      See if you can (inaudible).
12      Danny, stop.
13      Danny, come on.
14         OFFICER JOHNSON:  Come on, Danny.
15         DANNY WHITE:  (Inaudible) . . .
16         OFFICER JOHNSON:  Stop, Danny.
17         DANNY WHITE:  (Inaudible).
18         OFFICER JOHNSON:  Calm down.
19         DANNY WHITE:  Fuck you.
20         OFFICER JOHNSON:  (Inaudible).
21         OFFICER HARRISON:  Can you get the
22 second one?
23         OFFICER JOHNSON:  Yeah, hold on one
24 second.
25         OFFICER HARRISON:  I got it.

**37**

1    That might be easier like that.
2         DANNY WHITE: (Inaudible).
3         OFFICER HARRISON: Stop.
4         OFFICER JOHNSON: Gosh, I hate this
5   radio.
6         Frank 614.  One in custody.  Start
7   supervisor.
8         DISPATCH: 10-4.  All 34s 10-4?
9         OFFICER JOHNSON: All 34s 10-4.
10  Start 43/55.  (Inaudible) approximately 45-year-old
11  male, conscious, breathing, reference 10-40 episode
12  and use of force.
13        DISPATCH: 10-4.
14        OFFICER HARRISON: Danny, are you
15  okay?  We're going to put you onto your side.  Okay?
16        DANNY WHITE: Okay.
17        OFFICER JOHNSON: Danny.  Danny.
18        OFFICER HARRISON:  Is he okay?
19        OFFICER JOHNSON: Turn him over.
20  He's breathing.
21        (Inaudible conversations.)
22        OFFICER JOHNSON: Danny.  Danny.
23        DEBBIE MORALEZ: Is he okay?
24        MANUEL MORALEZ, JR.: I don't know.
25        OFFICER JOHNSON: Step back, guys.

**38**

1   Put him on the side.
2        On his back, on his back.
3        MARLENA DANIELS: Go outside.
4        OFFICER JOHNSON: Danny.
5        OFFICER HARRISON: Go -- go back over
6   there (inaudible), sir.
7        (Inaudible) right there.
8        MARLENA DANIELS: Mom, please.
9        DEBBIE MORALEZ: (Inaudible).
10       OFFICER JOHNSON: Starting
11  compressions.
12       MARLENA DANIELS: I know, Mom.
13       DEBBIE MORALEZ: I don't know if he's
14  okay.
15       OFFICER HARRISON: Can you
16  (inaudible) it?
17       MARLENA DANIELS: (Inaudible).  Stay
18  right here.
19       DEBBIE MORALEZ: Please tell me he's
20  okay.
21       (Radio communications.)
22       DEBBIE MORALEZ: Is he okay?
23       OFFICER HARRISON: (Inaudible).
24       MARLENA DANIELS: Mom.  Mom.  Mom,
25  please.  Mom, no.  No.  Mom.  Mom, please, stay.

**39**

1         OFFICER HARRISON: Stay -- stay
2   there.  Stay there.
3         MARLENA DANIELS: Mom.
4         DEBBIE MORALEZ: What did you do to
5   him?
6         MARLENA DANIELS: Mom.  Please, Mom.
7   He needs to -- (inaudible).
8         DEBBIE MORALEZ: He's blue.  He's
9   blue.
10        OFFICER HARRISON: Get them outside,
11  please.
12        (Inaudible).
13        (Inaudible conversations.)
14        OFFICER HARRISON: You guys need to
15  go outside, please.
16        MARLENA DANIELS: Sit down.  Sit
17  down.
18        DEBBIE MORALEZ: What if
19  (inaudible) --
20        OFFICER HARRISON: (Inaudible).
21        DEBBIE MORALEZ: -- somebody
22  (inaudible).
23        MARLENA DANIELS: (Inaudible).
24        OFFICER HARRISON: Stay outside,
25  please.

**40**

1         MARLENA DANIELS: Mom.  Mom.
2         OFFICER HARRISON: Stay outside,
3   please.
4         MARLENA DANIELS: Mom.  Mom.
5         (Radio communications.)
6         OFFICER HARRISON: (Inaudible).
7        Come on, Danny.
8        Can I get you to go back out?  You can go
9   out the front.
10       Okay.  You can --
11        MARLENA DANIELS: I have my kids.
12        OFFICER HARRISON: Okay, you can stay
13  there.
14        OFFICER JOHNSON: Come on, Danny.
15  There you are.  Stay with me, Danny.  Danny.
16       Can you check his mouth for blockage?
17       Danny, come on.  Open your mouth.  Open.
18       Danny, come on.  I can (inaudible) a
19  little bit.
20       Danny.  Come on, wake up.  Stay with us.
21       Come on, buddy.
22       I'm going to need you to step in.
23        OFFICER HARRISON: Okay.
24        OFFICER JOHNSON: Let me know when
25  you're ready.

41

1  OFFICER HARRISON: Yeah, I'm ready.
2  (Inaudible) this side.
3      (Radio communications.)
4  OFFICER JOHNSON: Ready?
5  OFFICER HARRISON: Yep.
6  OFFICER JOHNSON: Go.
7      (Radio communications.)
8  OFFICER JOHNSON: I'm (inaudible) for
9  me?
10  OFFICER HARRISON: Yeah.
11  OFFICER JOHNSON: I don't know where
12  my camera went.
13  OFFICER HARRISON: It's right there.
14  OFFICER JOHNSON: Huh? Oh.
15  Come on, Danny.
16  OFFICER HARRISON: (Inaudible).
17  OFFICER JOHNSON: Come on, Danny.
18  Danny, come on.
19      (Radio communications.)
20  OFFICER JOHNSON: Come on, Danny.
21      (Radio communications.)
22  OFFICER JOHNSON: Come on, Danny.
23  Danny, come on, man.
24      (Radio communications.)
25  OFFICER JOHNSON: Danny, come on,

42

1  buddy.
2      (Radio communications.)
3  OFFICER HARRISON: Anything?
4  OFFICER JOHNSON: No.
5  Come on, Danny.
6  OFFICER HARRISON: Come on, Danny.
7  OFFICER JOHNSON: Come on.
8  Danny, come on.
9  OFFICER HARRISON: Danny.
10  Come on, dude.
11  OFFICER JOHNSON: I have nothing.
12  Come on, Danny.
13  Come on.
14  This is Frank 614. (Inaudible).
15  MARLENA DANIELS: Is he (inaudible)?
16  OFFICER HARRISON: Can you step back,
17  please.
18  DISPATCH: They should be en route.
19  OFFICER JOHNSON: You all right?
20  OFFICER HARRISON: Yeah, yeah, I'm
21  fine, just . . .
22  And here I was worried about Tasing him so
23  close.
24  OFFICER JOHNSON: Yeah.
25  I can't find my (inaudible).

43

1  Come on, Danny.
2  All right. Need me to tag in?
3  Come on, Danny.
4  Come on, Danny.
5  OFFICER HARRISON: (Inaudible)?
6  OFFICER JOHNSON: Yeah.
7  OFFICER HARRISON: (Inaudible).
8  OFFICER JOHNSON: Ready?
9  Come on, Danny.
10  Come on, Danny.
11  Come on.
12  Come on.
13  Come on, Danny.
14  Danny.
15      (Radio communications.)
16  OFFICER HARRISON: Come on.
17  Come on, Danny.
18  Come on.
19  OFFICER JOHNSON: Come on, Danny.
20  Ready?
21  OFFICER HARRISON: Yeah.
22  OFFICER JOHNSON: All right. Go.
23  Come on, Danny.
24  OFFICER HARRISON: Come on, Danny.
25  OFFICER JOHNSON: Come on, buddy.

44

1      (Radio communications.)
2  OFFICER JOHNSON: Come on, Danny.
3      (Radio communications.)
4  (Inaudible conversation.)
5      (Radio communications.)
6  OFFICER HARRISON: Come on, Danny.
7  AFD RESCUE: What's the story, guys?
8  (Inaudible).
9      (Radio communications.)
10  OFFICER JOHNSON: We did a takedown.
11  He was trying to attack my partner. And then he was
12  facedown for maybe about 30 seconds. And -- and I'd
13  say he started to lose color, flipped him over and
14  started doing CPR.
15  AFD RESCUE: Okay.
16  OFFICER JOHNSON: You can see he wet
17  himself and he threw up a little bit.
18  SERGEANT: You guys all right?
19  OFFICER HARRISON: Yes, sir.
20  OFFICER JOHNSON: Yes, Sarge.
21  SERGEANT: (Inaudible?)
22  OFFICER JOHNSON: No, sir. My -- my
23  magnet fell off.
24  AFD RESCUE: Stand by. (Inaudible).
25  Pulse. (Inaudible). We got nothing. Start CPR.

45

1    (Inaudible background conversations.)
2         OFFICER JOHNSON: He had to have some
3    other medical stuff going on.
4         AFD RESCUE: Huh?
5         OFFICER JOHNSON: He had to have some
6    other medical stuff going on.
7    (Inaudible background conversations.)
8         UNIDENTIFIED OFFICER: Hey, Johnson,
9    Mike (inaudible) wants (inaudible) there.
10   (Inaudible background conversations.)
11        UNIDENTIFIED OFFICER: I have a
12   checklist and . . .
13        UNIDENTIFIED OFFICER: Yeah, I
14   already asked for (inaudible) 21.
15        UNIDENTIFIED OFFICER: Okay.
16        UNIDENTIFIED OFFICER: So if you 51
17   Dispatch (inaudible).
18        UNIDENTIFIED OFFICER: Yeah, I do.
19        UNIDENTIFIED OFFICER: Okay. So just
20   real quick, guys, are you okay?
21        UNIDENTIFIED OFFICER: Yeah.
22        UNIDENTIFIED OFFICER: All right. So
23   I'm going to go to my car and grab my -- my on-scene
24   checklist.
25        UNIDENTIFIED OFFICER: (Inaudible).

46

1         UNIDENTIFIED OFFICER: I just want to
2    give you guys the admonishment not to talk about the
3    use of force. But, yeah, go ahead and come out with
4    me and (inaudible).
5    (Radio communications.)
6         SERGEANT: They're still working on
7    him.
8         They're still working on him. Okay?
9    (Inaudible) I need to talk to them right now.
10        OFFICER HARRISON: Sarge, do you want
11   me to stay live while you talk to us?
12        SERGEANT: Yes, (inaudible).
13   (Inaudible) --
14        OFFICER HARRISON: Yeah.
15        SERGEANT: -- (inaudible).
16   (Inaudible background conversations.)
17   (Radio communications.)
18        SERGEANT: (Inaudible). How are you
19   doing, man?
20        OFFICER JOHNSON: I'm all right.
21        SERGEANT: So I know I asked when we
22   were inside -- or outside the vehicle. I'm going to
23   ask you again. Are you okay?
24        OFFICER JOHNSON: Yes.
25        SERGEANT: Okay. So let's go ahead

47

1    and step a little bit further back, (inaudible)
2    Michael.
3         Okay. So I know I also -- it was said
4    over the air, and I know I said it up front, but
5    don't discuss use of force with anyone until the
6    investigation's over by myself and detectives. ==But
7    did -- did you use force or --==
8         ==OFFICER JOHNSON: Yes.==
9         ==SERGEANT: Okay. Which force did you==
10   ==use? Or what force did you use?==
11        ==OFFICER JOHNSON: I used a takedown.==
12        ==SERGEANT: Okay.==
13        ==OFFICER JOHNSON: A rear sit-out.==
14        ==SERGEANT: Okay.==
15        ==OFFICER JOHNSON: And then resisted==
16   ==handcuffing.==
17        SERGEANT: Okay. All right. Is
18   anyone else injured that you know of?
19        OFFICER JOHNSON: No.
20        SERGEANT: Okay. Is there any
21   outstanding suspects that I need to be aware of?
22        OFFICER JOHNSON: No.
23        SERGEANT: Okay. So what I need you
24   to do, since you are involved, I need to view your
25   OBRD, so I'd like you to return to your car and get

48

1    it queued up on either your phone or your computer
2    and just have it queued up for me to be able to view
3    it. And just stay in your car until I say
4    otherwise.
5         OFFICER JOHNSON: All right.
6         SERGEANT: All right?
7         OFFICER JOHNSON: I'll do that.
8         SERGEANT: Appreciate it.
9    (Radio communications.)

49

1  STATE OF NEW MEXICO
2  COUNTY OF BERNALILLO
3         C E R T I F I C A T E
4      I, Kendra D. Tellez, New Mexico #205 CSR, RMR,
5  CRR, within and for the State of New Mexico, DO
6  HEREBY CERTIFY that the foregoing video
7  transcription was prepared from provided video, that
8  the video was reduced to typewritten transcript by
9  Kendra Tellez Court Reporting, Inc., and that the
10 testimony contained herein is a true and correct
11 transcript of the recorded proceedings, to the best
12 of my knowledge and hearing ability.  The video was
13 of very poor quality recording.
14     I FURTHER CERTIFY that I am neither employed by
15 nor related to any of the parties or attorneys
16 recorded in this matter, and that I have no interest
17 in this matter.
18         _____
19
20         Kendra D. Tellez, CCR #205
           License Expires:  12/31/2021
21
22
23
24
25