**Page 1**

```
STATE OF NEW MEXICO
COUNTY OF BERNALILLO


        RECORDED INTERVIEW OF DEBBIE MORALEZ
        [Re: Estate of Danny White v. City]
        [Debbie MoralezAttach-S1-210404_004]
                April 4, 2021
                  5:51 p.m.
              3112 Ronda De Lechusas
           Albuquerque, New Mexico  87120

This RECORDED INTERVIEW was:

TAKEN BY:    NEW MEXICO STATE POLICE
             and BERNALILLO COUNTY SHERIFF'S OFFICE
TRANSCRIBED BY:  KENDRA TELLEZ, RMR-CRR-CCR
                 Kendra Tellez Court Reporting, Inc.
                 302 Silver Avenue, Southeast
                 Albuquerque, New Mexico 87102
```

DEFENDANT'S EXHIBIT H

**Page 2**

BCSO DEPUTY: And then just to let you know, this interview is going to be recorded just so we can with reference it later if we need to, we have any other questions. More -- more of accountability. That way we can't say you told us something totally different.

DEBBIE MORALEZ: (Inaudible).

NMSP AGENT: All right. So my name is Agent (inaudible), State Police. (Inaudible) Lopez with the Bernalillo County Sheriff's.

And so you understand this is a voluntary statement?

DEBBIE MORALEZ: Yes.

NMSP AGENT: We just want to find out, you know, what exactly happened (inaudible) you guys (inaudible) if you can just run us through.

DEBBIE MORALEZ: Well, (inaudible) and we had just finished eating. Everybody was fine. Everybody was happy. Danny, who has Huntington's, his dad -- so it's an air conditioning thing. He wanted the air conditioner turned on a week ago, and his dad has arthritis really bad. So there's this battle of arthritis versus Huntington's, as far as air conditioner goes. We went yesterday and bought him his own personal air

**Page 3**

conditioner, which is still in there running. And his dad put it in yesterday. And so he's had his air conditioner.

So today he was -- every time someone would come in, he'd say, "Well, when did you turn the air conditioner on?"

And they'd say, "Oh, a week ago."

And then he'd get all, "See, I told you."

And I told him, "We got you your own air conditioner."

And then my husband, his dad, said, "Well, it's not all about you."

And that was it. He flew off. He hit his dad several times. My husband was on the floor. Me and my brother were pulling him off. Even my poor 80-year-old mom was pulling him off.

And we got Manuel out of the house. And he was still raging. You guys have to understand that it's -- it's a mental rage. It's not an anger rage.

NMSP AGENT: Sure.

DEBBIE MORALEZ: It's a mental one. And there's -- they don't have control. So once they start, that's it.

And I got him back to his room. I told

**Page 4**

him -- he -- he tried to commit suicide before. I said, you know, "We called the police. They're going to take you to the hospital. You know the routine. I can't talk to you for 24 hours. They'll have you on a psychiatric hold. I won't get to talk to you for 24 hours. As soon as that's up, they'll call me and" --

And then he says, "I'm not going in."

I said, "Danny, you need help. You just need -- they need to take you to get help."

My daughter was -- had been on the phone already 30, 40 minutes. When you interview her, you can find out how long it was. And we keep telling them over and over, "He has Huntington's. He" --

You know, it's a mental thing. He's going to rage. He's already raging. He's already -- I took him to the doctor on the 25th of March and saw a psychiatrist. We increased his medication because he was -- it wasn't doom-and-gloom. He was -- you know, he's talking about, "There's nothing to live for," kind of thing.

NMSP AGENT: Okay.

DEBBIE MORALEZ: Doctor questioned him thoroughly. You know, "Are you thinking about doing anything? Are you thinking about hurting

5

1 yourself or anybody?" You know, you know how
2 psychiatrists are.
3          And we got -- that was probably a two-hour
4 psychiatric evaluation. We upped his medication,
5 which is an antidepressant. And the Risperdal they
6 give him because it's a neurological thing, so they
7 have lots of movements.
8          And we told those policemen. We told them
9 and told them and told them. And when that -- when
10 they went to the room and they started talking,
11 Danny said, "No, I'm not going. You can't take me.
12 I don't want to talk to you."
13          You know, and then he was doing this.
14          And I told him, I said, "That's not a --
15 that's not aggression towards you. That's
16 Huntington's, because all their limbs will move."
17 And especially if they're excited, then they really
18 don't have no control. Then they look like -- I
19 don't know what you would call it. You see people
20 with Parkinson's and muscular dystrophy, you know,
21 they're kind of all over the place.
22          The other cop, the one that was standing
23 in the back told the one in the front. And he said,
24 "Okay."
25          Then they made me leave. I went back to

6

1 the kitchen, and they were trying to get him to come
2 out or him to go in, and Dan -- they came out, and
3 Danny came out and said, "No, I'm not going. You
4 can shoot me, but I'm not going." He told the cops
5 that.
6          Well, he came at the cops, and both of
7 those two little cops tried to take him down. And
8 he's too big. They -- he -- they couldn't handle
9 him. And they were on him enough. I bet you it
10 wasn't even a five-minute period. I was standing
11 there before they made me leave.
12          By the time they put the handcuffs and
13 turned him over, he was already blue. He was
14 already blue.
15          NMSP AGENT: When you say Danny came
16 at the officers --
17          DEBBIE MORALEZ: Yeah, he came at
18 them.
19          NMSP AGENT: Right. What do you mean
20 by that (inaudible)?
21          DEBBIE MORALEZ: Like if you're
22 there, he went like that. That's as far as he got
23 when they grabbed him.
24          NMSP AGENT: So he walked towards
25 him?

7

1          DEBBIE MORALEZ: No. It was -- it
2 was more than a walk, but it wasn't a --
3          NMSP AGENT: Was it aggressively?
4          DEBBIE MORALEZ: It wasn't
5 as agress- --
6          BCSO DEPUTY: Like a lunge?
7          DEBBIE MORALEZ: Yeah, like in
8 between just moving and a real hard lunge, just in
9 between. It wasn't like -- you know what I mean?
10 But he came -- he did come at him. I'm not going to
11 tell you he didn't. (Inaudible) one in the front
12 grabbed him, and at that point that's when the
13 wrestling startled. They -- they couldn't get him
14 down, and he's too strong. He's 250 pounds, and he
15 is strong.
16          And for some reason, Huntington's people
17 are stronger, muscle and physically, than they need
18 to be, for whatever reason. Talk to God about that
19 one.
20          Anyway, they got him down. They were
21 holding him. They were both on top of him trying to
22 get him cuffed. And, like I said, the -- by the
23 time they turned him over, he was already blue. By
24 the time they came and made me leave, his legs were
25 already blue. I knew he was already gone.

8

1          NMSP AGENT: Do you remember if he
2 was handcuffed at that time?
3          DEBBIE MORALEZ: Yeah, he was. By
4 the time -- they handcuffed him and turned him over.
5 By the time they handcuffed him and turned him over,
6 he was already blue.
7          BCSO DEPUTY: Okay. You think
8 that -- that whole period of time from -- I guess,
9 so let's talk from the time that they first put
10 hands on him to the point when you say he's turning
11 blue so they turned him over, how -- how long of a
12 stretch of time is that?
13          DEBBIE MORALEZ: Maybe five minutes.
14          BCSO DEPUTY: Maybe five minutes?
15          DEBBIE MORALEZ: Maybe five, maybe
16 six at the most. It was -- it was not -- it was not
17 a long period of time. That's why I couldn't
18 understand why he was already blue. (Inaudible) the
19 minute they got him down, he wasn't getting any air.
20 To me, that's what it means.
21          BCSO DEPUTY: Okay.
22          DEBBIE MORALEZ: The coroner will
23 tell me what actually happened, but . . .
24          Then they made me leave. They got him
25 handcuffed. They turned him over. Before even --

Page 9

they even told me to leave, they were already pumping his heart. So they already knew his heart had stopped. I mean, in that five-minute period, he went from being cuffed to blue to them pumping on his heart, freaking me out because I'm thinking they're just handcuffing him. And his face is blue, and they're pumping on his heart. And that's when they made me leave.

I walked out, and two or three minutes later I walked back in, they were still pumping on him, and his legs were already blue. And I went out and I told my family, "He's dead. He's dead."

NMSP AGENT: When you say "pumping him," do you mean CPR?

DEBBIE MORALEZ: Yeah.

NMSP AGENT: (Inaudible) CPR?

DEBBIE MORALEZ: Yeah.

NMSP AGENT: So they immediately started CPR --

DEBBIE MORALEZ: Yeah.

NMSP AGENT: -- as soon as they rolled him over?

DEBBIE MORALEZ: Yep. That was -- they already knew he wasn't -- he wasn't breathing. I told you, his face was already blue when they

Page 10

turned him over.

NMSP AGENT: So at that point, the cops told you to go outside?

DEBBIE MORALEZ: Yeah, that was it. That was a million hours ago. He's still laying on the floor. Like not even a person. He's just laying there. I know -- I know you guys have to do what you have to do, but he's a person.

NMSP AGENT: We totally understand a person. And we understand he's -- he's a son, he's a brother and . . .

DEBBIE MORALEZ: He's my son.

NMSP AGENT: Unfortunately, we --

DEBBIE MORALEZ: I've been taking care of him for five years with this disease. It's an awful disease. It's awful. I would rather him had cancer.

NMSP AGENT: We are sorry for your loss.

DEBBIE MORALEZ: Or anything. Anything but this disease. I still have a daughter over there who has it. His sister (inaudible) taking care of her for three-and-a-half years. She has it. And they both tried to commit suicide before, as a part of the disease. That's it. He's

Page 11

dead.

It was just really handled so poorly. We told them and told them and told them. My daughter was on the phone. I went out and I said, "Make sure the Crisis -- you tell them the Crisis Team." He's -- this house is registered. They know he's got Huntington's. I told him, "Officer Padilla's on the Crisis Team. He's come out before."

His doctor is Dr. Valles. He needs to -- all we need to do is get him to UNM Psychiatric. They'll take care of him there. We told them and told them and told them, and nobody would listen to us. They wouldn't listen.

It's kind of the first time that this has happened with him, you know. He's had suicidal things. Both him and his sister have. My daughter didn't eat for 12 days. She decided she didn't want to live anymore. It's an ugly disease.

NMSP AGENT: It sounds like it.

DEBBIE MORALEZ: (Inaudible). But he didn't deserve to die like that. He didn't.

NMSP AGENT: We're very sorry. I understand these questions are (inaudible) --

DEBBIE MORALEZ: So my last words to him were a lecture, "You're going to go to the

Page 12

hospital. You're going to be on a 24-hour hold. You're going to come back. They're going to treat you. Everything's going to be okay."

And in five minutes, he's dead. Five minutes. It's not -- it's not good. I told them not to. I told them not to. They should have brought more people. They should have brought people who could understand how to talk to him. They were talking to him like policemen. You know, "You got to get out. I got to talk to you." It doesn't work with people who have mental health issues. It doesn't.

My son told them and told them and told them. And they didn't listen. And then once Danny got mad and went at them, that was it. It was done. That's it. And now I've been sitting out here for a hundred hours.

NMSP AGENT: Who was the one who called 911?

DEBBIE MORALEZ: My daughter. I had her call. Because he -- he did, he hit my -- he hit my husband. He hit his dad. And my husband's got bumps on his -- Danny's strong.

NMSP AGENT: In the past, I know you guys said you've called before, and (inaudible).

13

But has he ever gotten physical with law enforcement?
   DEBBIE MORALEZ: Never.
   BCSO DEPUTY: With medical personnel?
   DEBBIE MORALEZ: Nope. Nope. They've come in. The Crisis Team comes in. They talk to him. They take his blood pressure. Da-da-da-da, you know, all that kind of stuff. And then they put him on the stretcher. He goes into the psychiatric place. They -- you know, they do their 24-hour hold. They evaluate him. They take them off all of their medication. And then they transfer him over to the -- to the psych ward. And they have to restart all the medication all over again, which is what I assumed was going to happen again.
   It's happened to both of them, many times. You know, we've had to call. I never expected that me calling to get him help was going to be the end of it. I never thought that. I never thought it for a minute. Because everyone who's ever come out has been super good. They've worked with him. They've talked to him. They've talked to Mindy.
   Well, one time Mindy, they did sedate her, but, I mean, she's -- she wasn't saying -- she was

14

saying she wasn't going to go. They got her on the stretcher and she was fighting, and they sedated her. That was the most they've ever done when they've come to get them. Because somewhere in there they know that they're sick and they need help.
   It doesn't matter anymore. He's gone.
   NMSP AGENT: I know this question may be difficult to -- to kind of describe, but as a -- a -- police officers are trying to detain him, get him handcuffed (inaudible), so was he like actively resisting them? Was he --
   DEBBIE MORALEZ: Oh, yeah. Oh, yeah, he was resisting.
   NMSP AGENT: Okay. And is he on his stomach? Is he on --
   DEBBIE MORALEZ: Yeah, they had him -- they had him facedown and both -- both of them -- one was on the -- like had his knee on his back or his butt, and the other one had his knee on the front. And one was getting this arm, and one was getting this arm. And Danny said, "Go ahead. I'm not giving you my arm. Break it." I heard him say that.
   Because they -- he was not cooperating.

15

Don't get me wrong, he was not cooperating. I'm just saying it was handled poorly. There's a different way to handle it when you have mentally ill people. The police -- the police approach doesn't work. You know, you have to do something different. It -- it was too late by then. He was -- by the time they handcuffed him and turned him over, he was already -- he was already gone.
   NMSP AGENT: (Inaudible). Are you making an -- the officer that was kind of like in the upper portion of him, you said that his knee was on his front. Did you mean his chest or on like his shoulders?
   DEBBIE MORALEZ: No, on his back.
   NMSP AGENT: Okay. (Inaudible) --
   DEBBIE MORALEZ: Yeah. So he was down here, and one had -- was -- had him here.
   NMSP AGENT: Okay. So like by the base of his --
   DEBBIE MORALEZ: Yeah.
   NMSP AGENT: Okay.
   DEBBIE MORALEZ: And the other one had his knee on his chest. So they had two knees on him. But they were too small. They couldn't handle him.

16

   BCSO DEPUTY: So one was on the lower back and one was on the upper back?
   DEBBIE MORALEZ: Yeah, with -- with full body -- you know, their knees, but full body.
   BCSO DEPUTY: Both knees or one?
   DEBBIE MORALEZ: The one in the -- I don't know about the one in the front. The one in the back, I could just see the one knee.
   BCSO DEPUTY: Okay.
   DEBBIE MORALEZ: Because I could see his foot stretched out. The one in the front, I don't know if it was one or two, because they were both struggling to get his hands, and he wasn't going to give it to them. He wasn't going to let them have it.
   And then they got him handcuffed, and they turned him over and immediately knew that something was wrong, because they started pumping on him right away. And I was all like, "What? You know, what's going on here?"
   Of course, by then I looked at him and he was blue already.
   NMSP AGENT: Do you know if Danny's disorder also causes respiratory problems --
   DEBBIE MORALEZ: No.